IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA M. HICE, ) | |
| LEANN D. HOFF, ) | |
| as Co-Administrators of the ) | |
| Estate of Marvin G. May, ) | |
| Deceased, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. CIV-24-119-JD |
| v. ) | |
| ) | |
| TURN KEY HEALTH CLINICS, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court directed Plaintiffs to show good cause as to why they had failed to timely serve Defendant Stacia Unruh under Fed. R. Civ. P. 4. Doc. 35. Plaintiffs responded, and the Court finds they have shown good cause for the delayed service on Defendant Unruh. Doc. 36. This action may proceed against Defendant Unruh, following the deadlines established by the Federal Rules of Civil Procedure and this Court's local rules.

**SO ORDERED** this 3rd day of June, 2024.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE