CONVENTIONAL FILING

DEFENDANT WARNKE'S MOTION FOR SUMMARY JUDGEMENT

EXHIBIT 21

02-03-22 13.00.57 Diaz Teofilo (405) 496-4796 - Phone (323-1616)