**IN THE DISTRICT COURT IN AND FOR CUSTER COUNTY**
**STATE OF OKLAHOMA**

FILED
DISTRICT COURT
Custer County, Okla.
FEB 9 2022
STACI HUNTER
COURT CLERK

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: CF-2019-66** |
| vs. | ) | **CM-2019-449** |
| | ) | |
| **MARVIN GENTRY MAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IMMEDIATE APPLICATION FOR DETERMINATION OF COMPETENCY**

COMES NOW, Teofilo A. Diaz, attorney of record for the above named Defendant, Marvin Gentry May, and applies to this Court for a hearing to evaluate the competency of Defendant, and as grounds shows the following:

1. That the State of Oklahoma has filed an Application to Accelerate Deferred Judgment in Case No. CF-2019-66, and a Motion to Revoke Suspended Sentence in Case No. CM-2019-449, both, in Custer County, Oklahoma, against said Defendant.

2. That a doubt arises as to the present competency of the Defendant, and that an examination should be performed to determine the competency of the Defendant. Undersigned Counsel has interviewed Defendant, and suspects that Defendant does not sense reality or the consequences of the State's actions against him.

3. That it is the best interest of said Defendant, and the State, that Defendant be committed to the custody of the Department of Mental health or any other state agency or secure private facility for observation and examination for a period of not to exceed ninety (90) days for the purpose of affording the doctors of such a facility an opportunity to formulate an opinion as to the present competency of said Defendant.

WHEREFORE, all premises considered, your Applicant prays that an Order be issued by the Court ordering a competency examination of Defendant, Marvin Gentry May, and further prays that a hearing be set for such determination.

Respectfully submitted,

Teofilo A. Diaz, OBA# 30372
Oklahoma Indigent Defense System
P.O. Box 1494
823 Frisco Avenue
Clinton, OK 73601
Office: (580) 331-6083 Fax: (580) 323-0982
Teofilo.Diaz@oids.ok.gov
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF DELIVERY**

I certify that a true and correct copy of the foregoing instrument was either hand delivered or mailed, U.S. Postage prepaid, on this 9th day of February, 2022, to:

District Attorney's Office
P.O. Box 36
Arapaho, OK 73620

Marvin Gentry May
Custer County Jail
P.O. Box 335
Arapaho, OK 73620

Teofilo A. Diaz

IN THE DISTRICT COURT IN AND FOR CUSTER COUNTY
STATE OF OKLAHOMA

FILED
DISTRICT COURT
Custer County, Okla.
FEB 9 2022
STACI HUNTER
COURT CLERK

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,** <br> **Plaintiff,** <br> **vs.** <br> **MARVIN GENTRY MAY,** <br> **Defendant.** | ) | **Case No.:** **CF-2019-66** **CM-2019-449** |

**NOTICE THAT APPLICATION HAS BEEN FILED FOR A DETERMINATION OF YOUR COMPETENCY**

TO THE ABOVE NAMED DEFENDANT:

1. An Application has been filed requesting a determination of your competency.

2. A hearing on the Application will be conducted on the 10th day of February, 2022 at 9:30 o'clock A.m. or as soon thereafter as possible in the District Courthouse in Arapaho, Oklahoma.

3. According to 22 O.S. §1175.1.1, "competent" or "competency" means the present ability of a person arrested for or charged with a crime to understand the nature of the charges and proceedings brought against him, and the ability to effectively and rationally assist in his defense. A person may be incompetent due to physical disability.

4. According to 22 O.S. §1175.1.2, "incompetent" or "incompetency" means any person who is not presently competent;

5. According to 22 O.S. §1175.1.4, this Application for Determination of Competency may be conducted as a jury trial if-so requested by you or your attorney;

6. The Applicant and any witnesses identified in the Application may offer testimony under oath at the hearing on the Application and you may not be called to testify against your will unless you have initiated this Application.

7. You shall be afforded every right guaranteed by state and federal law including the right to be tried by a jury, if demanded.

I, Staci Hunter, Court Clerk for Custer County, Okla., hereby certify that the Foregoing is a true, correct and Complete copy of the instrument Herewith set out as appears of record in the Court Clerk's Office of Custer County, Okla. This ___ day of ______ 2022
Staci Hunter
Court Clerk, Custer County
By ______ Deputy

ORIGINAL SIGNED BY
JUDGE STEPHANIE C. JONES
Judge of the District Court

**Exhibit 24, p.3**

IN THE DISTRICT COURT OF CUSTER COUNTY, STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA<br>Plaintiff(s) | | RICK MCPHEARSON<br>Attorney(s) for Plaintiff(s) |
| --vs-- | FILED<br>DISTRICT COURT<br>Custer County, Okla.<br>FEB 10 2022<br>STACI HUNTER<br>COURT CLERK | Case No. CF-2019-00066 |
| MARVIN GENTRY MAY<br>Defendant(s) | | TEOFILO A. DIAZ<br>Attorney(s) for Defendant(s) |

Date: 02-10-2022 Judge: ______________

CM: SCJ/PL
STATE APPEARS BY RICKY A. MCPHEARSON, ADA.
DEFENDANT APPEARS WITH ATTORNEY TEOFILO DIAZ ON APPLICATION TO DETERMINE COMPETENCY. DEFENDANT AGREES TO BE EVALUATED. PROCEEDINGS ARE STAYED. HEARING ON COMPETENCY IS HEREBY SET MARCH 3, 2022 AT 9:30 A.M.

Stephanie C. Jones
JUDGE

**IN THE DISTRICT COURT IN AND FOR CUSTER COUNTY**
**STATE OF OKLAHOMA**

FILED
DISTRICT COURT
Custer County, Okla.
FEB 10 2022
STACI HUNTER
COURT CLERK

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,** <br> **Plaintiff,** <br> vs. <br> **MARVIN GENTRY MAY,** <br> **Defendant.** | ) | **Case No.:** **CF-2019-66** <br> **CM-2019-449** |

**ORDER FOR MENTAL OBSERVATION AND EVALUATION**
**Title 22 O.S. § 1175.3.D.2.**

NOW on this 10 day of February, 2022, the Application for evaluation of competency comes on for consideration by this Court, that a doubt exists as to the present competency and mental health of Defendant, Marvin Gentry May.

**IT IS THEREFORE ORDERED** that the Defendant be examined by a qualified forensic evaluator with the intent to determine if Defendant suffers from a mental illness pursuant to **Title 43A** of the **Oklahoma Statutes**.

**IT IS FURTHER ORDERED THAT** the Defendant be evaluated the Oklahoma Forensic Center in Vinita, Oklahoma, or other qualified facility, with consideration of his competency to strand trail in the above-referenced case.

**IT IS FURTHER ORDERED THAT** all available records of law enforcement agencies, copies of pending charges, prior criminal history, psychiatric, medical, school, jail, Department of Corrections and any other pertinent records be made available to the forensic examiner for the purpose of evaluation and completion of court ordered report(s).

**IT IS FURTHER ORDERED THAT** the forensic examiner shall be allowed to contact any person and/or organization that may have relevant information pertaining to the evaluation and treatment of said Defendant.

**IT IS ALSO FURTHER ORDERED THAT** a qualified forensic examiner shall examine the Defendant and answer the following questions:

1. If the person is able to appreciate the nature of the charges made against such person.
2. If the person is able to consult with the lawyer and rationally assist in the preparation

of the defense of the person;

3. If the person is unable to appreciate the nature of the charges or to consult and rationally assist in the preparation of the defense, whether the person can obtain competency within a reasonable period of time as defined in § 1175.1 of this title if provided with a course of treatment, therapy or training.

4. If the person is a person requiring treatment as defined in § 1-102 of Title 43A of the Oklahoma Statutes.

5. If the person is incompetent because the person is mentally retarded as defined in § 1408 of Title 10 of the Oklahoma Statutes.

If the answers to questions 4 and 5 are "No", why Defendant is incompetent; and if the person was released, whether such person would presently be dangerous as defined in § 1175.1 of this title.

After completion of the examiner's observation and examination, a written report shall be made to the undersigned Judge of the District Court, P.O. Box 180, Arapaho, OK 73620, Attorney for the Defendant at Oklahoma Indigent Defense System, P.O. Box 1494, Clinton, Oklahoma, 73601, and the District Attorney's Office, P.O. Box 36, Arapaho, OK 73620.

Said report shall be due no later than the 2 of March, 2022, and upon receipt thereof, the Court will thereupon issue further proper orders herein.

**IT IS ALSO FURTHER ORDERED THAT** the criminal proceedings against said Defendant, Marvin Gentry May, shall be suspended until further order of this Court.

Stephanie [signature]
Judge of the District Court

**CERTIFICATE OF MAILING**

I certify that a true and correct copy of the foregoing instrument was either hand delivered or mailed, U.S. Postage prepaid, on this 10th day of February, 2022, to:

District Attorney's Office
P.O. Box 36
Arapaho, OK 73620

Marvin Gentry May
Custer County Jail
P.O. Box 335
Arapaho, OK 73620

Teofilo A. Diaz

**IN THE DISTRICT COURT OF CUSTER COUNTY, STATE OF OKLAHOMA**

STATE OF OKLAHOMA
Plaintiff(s)

RICK MCPHEARSON
Attorney(s) for Plaintiff(s)

--vs--

FILED
DISTRICT COURT
Custer County, Okla.
MAR 3 2022
STACI HUNTER
COURT CLERK

Case No. CF-2019-00066

MARVIN GENTRY MAY
Defendant(s)

TEOFILO A. DIAZ
Attorney(s) for Defendant(s)

Date: 03/03/2022 Judge: ______________________

CM: SCJ
THE ORDER FOR MENTAL OBSERVATION AND EVALUATION FILED ON FEBRUARY 10, 2022 WAS FILED IN ERROR AND IS PRE-MATURE. THE COURT HEREBY WITHDRAWS THE ORDER AT THIS TIME. ATTORNEY FOR DEFENDANT SHALL PREPARE AND PRESENT THE CORRECT ORDER FOR THE INITIAL COMPETENCY EVALUATION PER 22 O.S. §1175.3.D.

[signature]
JUDGE

IN THE DISTRICT COURT OF CUSTER COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA
Plaintiff(s)

RICK MCPHEARSON
Attorney(s) for Plaintiff(s)

--vs--

FILED
DISTRICT COURT
Custer County, Okla.
MAR 3 2022
STACI HUNTER
*COURT CLERK*

Case No. CF-2019-00066

MARVIN GENTRY MAY
Defendant(s)

TEOFILO A. DIAZ
Attorney(s) for Defendant(s)

Date: 03-03-2022 Judge: ____________

CM: DLD/PL
STATE APPEARS BY STACY HILL, ADA.
DEFENDANT APPEARS BY ATTORNEY TEOFILO DIAZ.
STATUS REVIEW SET MARCH 25, 2022 AT 9:00 A.M.
BOND IS CONTINUED.

Donna L. Dirickson
JUDGE

**IN THE DISTRICT COURT OF CUSTER COUNTY, STATE OF OKLAHOMA**

STATE OF OKLAHOMA
Plaintiff(s)

RICK MCPHEARSON
Attorney(s) for Plaintiff(s)

--vs--

FILED
DISTRICT COURT
Custer County, Okla.
MAR 4 2022
STACI HUNTER
COURT CLERK

Case No. CF-2019-00066

MARVIN GENTRY MAY
Defendant(s)

TEOFILO A. DIAZ
Attorney(s) for Defendant(s)

Date: 03/04/2022 Judge: ______________________

CM: SCJ
THE COURT HAS CONTACTED THE OKLAHOMA FORENSIC CENTER AND HAS DETERMINED THAT THE ORDER FOR MENTAL OBSERVATION AND EVALUATION WAS NOT IN ERROR. THEREFORE, THIS COURT REINSTATES THE ORIGINAL ORDER SIGNED AND DATED FEBRUARY 10, 2022. THE OKLAHOMA FORENSIC CENTER WILL EXAMINE THE FILE AND MAKE THE DETERMINATION AS TO HOW THE EVALUATION SHOULD BE CONDUCTED.

Stephanie Jones
JUDGE