**David Crabtree**

| | |
|---|---|
| **From:** | OSDH Jails [Jails@health.ok.gov] |
| **Sent:** | Tuesday, February 8, 2022 9:18 AM |
| **To:** | 'David Crabtree' |
| **Subject:** | RE: [EXTERNAL] RE: R-172811 |
| **Attachments:** | image001.png; image002.png |

Thanks for your feedback.

**Barry Edwards | Program Manager**
Protective Health Services |ONBC (OK-Screen) & Detention Programs

OKLAHOMA

**From:** David Crabtree <dcrabtree@custercountysheriff.com>
**Sent:** Tuesday, February 8, 2022 7:39 AM
**To:** OSDH Jails <Jails@health.ok.gov>
**Subject:** [EXTERNAL] RE: R-172811

Mr. Edwards, per our phone conversation yesterday, I met with the D.A. with regards to inmate May and my concerns. The D.A. said that he will look into this matter.

D.E. Crabtree
Undersheriff

**From:** OSDH Jails [mailto:Jails@health.ok.gov]
**Sent:** Monday, February 7, 2022 9:19 AM
**To:** 'mstanford@custercountysheriff.com'; 'dcrabtree@custercountysheriff.com'
**Cc:** OSDH Jails
**Subject:** FW: R-172811

All Concerned:

Per our telephone conversation with David Crabtree, see the below complaint pertaining to Marvin May.

If you have any questions please contact our office.

**Barry Edwards | Program Manager**
Oklahoma State Department of Health | Detention Program – Jail Inspections
Detention p. 405-426-8170 | f. 405-900-7575
health.ok.gov | jails.health.ok.gov

OKLAHOMA

**DISCLAIMER** PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, please delete.

**From:** Missy Franz <Missy.Franz@okdhs.org>
**Sent:** Thursday, February 3, 2022 1:27 PM
**To:** OSDH Jails <Jails@health.ok.gov>
**Subject:** FW: R-172811

I apologize, the individuals name is Marvin May, his DOB is 4/19/1947
Sincerely,

*Missy Franz*
APSS III
2114 Denver Harner
Miami, OK 74354
RED Unit, State of Oklahoma
918-961-2714 (Cell)
918-541-2516 (Fax)
405-900-8941 (FAX)
**To make online referrals :**

**HOTLINE NUMBER: 800-522-3511**

**Online referrals USE GOOGLE CHROME:** https://www.abuseisnotok.org
OR: Okhotline.org

**CONFIDENTIALITY NOTE: This email message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the intended recipient, or the employee or agent responsible to deliver it to the intended recipient. You are hereby notified that any reading, dissemination, disclosure, distribution, copying or other use of this information without the permission of the State of Oklahoma Department of Human Services is strictly prohibited. If you have received this message in error, please notify the sender immediately at 918-961-2714; or by electronic mail to Missy.Franz@okdhs.org**

OKLAHOMA
Human Services

**From:** Missy Franz
**Sent:** Thursday, February 3, 2022 1:26 PM
**To:** OSDH Jails <Jails@health.ok.gov>
**Cc:** Sharon Abbott <Sharon.Abbott@okdhs.org>; CathyB Wood <CathyB.Wood@okdhs.org>
**Subject:** R-172811

Hello,
I am a screener for Adult Protective Services. I am sending the following to you for investigation. It is reported for the Custer County Jail at 300 N 7th Ave, Arapaho OK 73620. Thank you.

Specific Situation Reported:

Reporter stated the AV uses a cane or a wheelchair, since the AV is not allowed to use a cane in the jail. Reporter stated the AV has Alzheimer's. He can speak and talk, but his symptoms are getting worse. Reporter stated the AV was living alone on farm, and something happened with his animals. Reporter stated they believed the AV may have forgotten to feed the animals due to his dementia. Reporter believes the charges were from 2019. Reporter stated the AV did not go to court, since he may have forgotten the date, so the AV was picked up on a warrant from his home. Reporter stated they do not believe the AV needs to be in jail for missing court. Reporter does not know what the home conditions are. Reporter feels the AV needs to be in a nursing home or something, not in jail. The AV has been incarcerated for at least 2-3 months, maybe longer, but too long from a medical standpoint. The AV has not had any family come and visit him, so reporter is assuming he is just alone. Reporter stated they saw the AV today via telemedicine. The staff at the jail are reporting the AV has not eaten or showered in 7 days. Reporter stated if the AV is not getting up to eat or shower, no one is telling him to. The AV is not remembering to do these things on his own. Reporter stated this has become a safety issue for him, since the other inmates get upset with him for not doing these things. Reporter stated they do not know the criminal side of things, but they do not think this is an appropriate placement. Reporter stated the AV was most likely in better shape in 2019 when he was charged with better memory than now. AV is not believed to be aggressive to other people. Reporter stated the other inmates can become aggressive to him, and he is vulnerable there.

*Missy Franz*
APSS III
2114 Denver Harner
Miami, OK 74354
RED Unit, State of Oklahoma
918-961-2714 (Cell)
918-541-2516 (Fax)
405-900-8941 (FAX)

**To make online referrals :**

**HOTLINE NUMBER: 800-522-3511**

**Online referrals USE GOOGLE CHROME:** https://www.abuseisnotok.org
OR: Okhotline.org

**CONFIDENTIALITY NOTE: This email message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the intended recipient, or the employee or agent responsible to deliver it to the intended recipient. You are hereby notified that any reading, dissemination, disclosure, distribution, copying or other use of this information without the permission of the State of Oklahoma Department of Human Services is strictly prohibited. If you have received this message in error, please notify the sender immediately at 918-961-2714; or by electronic mail to Missy.Franz@okdhs.org**

OKLAHOMA
Human Services