IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) LISA M. HICE, as Co-Administrator of the Estate of Marvin G. May, deceased, and
(2) LEANN D. HOFF, as Co-Administrator of the Estate of Marvin G. May, deceased,

Plaintiffs,

vs. Case No. CIV-24-119-JD

(1) TURN KEY HEALTH CLINICS, LLC;
(2) TAMARA CAREY, APRN,;
(3) STACIA UNRUH, LPN;
(4) CUSTER COUNTY SHERIFF, in his official capacity; and,
(5) JULIE WARNKE,

Defendants.

DEPOSITION OF LISA M. HICE
TAKEN ON BEHALF OF THE DEFENDANTS
ON MARCH 28, 2025, BEGINNING AT 9:31 A.M.
IN TULSA, OKLAHOMA

APPEARANCES

On behalf of the PLAINTIFFS:

Robert M. Blakemore
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
bobblakemore@ssrok.com

REPORTED BY: SUSAN K. McGUIRE, CSR, RPR



Exhibit 32

**Q. I'm going to look up funeral homes in Arapaho. I can't imagine there's too many, so...**

A. Yeah. If you tell me what they are, I can answer that.

**Q. All right. I'm going to do that right now.**

A. It would be Clinton. Funeral's home in Clinton.

**Q. Okay. Well, that makes it a little harder. Was it Lee Hometown Funeral Home?**

A. It is Lee's.

**Q. All right. So that's where that $14,000 bill would come from them?**

A. Let me see.

MR. BLAKEMORE: That's the ME.

**Q. (BY MR. MILLER) Your understanding is it was at Lee's; yes?**

A. Did it show you a separate -- or another nursing -- or funeral home? Kiesau.

**Q. Kiesau Lee.**

A. Kiesau.

**Q. It was at Kiesau Lee?**

A. Kiesau Lee.

**Q. Okay. All right.**

A. Kiesau finally came to me.

**Q. Where was he buried?**

A. In Arapaho.
**Q. Okay.**
A. Arapaho cemetery.
**Q. Arapaho cemetery. Okay. And that's there in Custer County; right?**
A. Correct.
**Q. And it says it was, "minus amount reimbursed by FEMA"?**
A. Correct.
**Q. So FEMA paid?**
A. They did.
**Q. How much did FEMA pay?**
A. I believe it was $9,000.
**Q. Okay. Why? Do you know why that is?**
A. For his COVID diagnosis.
**Q. Because of COVID.**
**Okay. So the estate put out approximately $5,174, if you subtract --**
A. If that's the difference, yes.
**Q. -- the 9,000 from FEMA because he passed away from COVID?**
A. Correct.
**Q. Okay. And you accepted that into the estate; right?**
A. We did.

**Q. The 9,000. Okay. But the reason that FEMA is involved at all is not because he was an inmate, but rather because he died of COVID?**

A. Correct.

**Q. Do you know whether your dad had chronic obstructive pulmonary disease or COPD? Have you ever heard of that?**

A. I would assume that he did being a former smoker.

**Q. Okay. Do you know whether he had ever had any treatment for that?**

A. No, he had not.

**Q. Do you know a Imran Virk?**

A. No.

**Q. A doctor?**

A. No.

**Q. Integris Health Baptist Hospital, were you ever involved in taking your dad or knew he was going there prior to his death?**

A. He -- and I'm going to say maybe 20 years ago -- had a bowel obstruction, and he was in Integris in Oklahoma City for surgery.

**Q. Okay. Interrogatory Number 21, I asked about Medicare, and there you say, "The estate received 9,000 from FEMA for funeral costs", like you**



Exhibit 32