Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# INMATE MEDICAL QUESTIONNAIRE

**BOOKING INFORMATION**

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | MAY, MARVIN GENTRY | **Sex** | M | **DOB** | [redacted] |
| **Booking No** | 36389 | **Booked Date** | 02/08/2020 23:26 | **Booked Type** | FULL BOOKING |

**EMERGENCY CONTACT INFORMATION**

| | | | |
|---|---|---|---|
| **Name** | MAY, CATHERINE | **Relationship** | WIFE |
| **Address / Phone** | (405) 684-3297 | | |

I have read and answered the following medical questions accurately.

Inmate Signature — Officer Signature — Date Time

| No | Category | Description | Answer | Explaination |
|---|---|---|---|---|
| 1 | Visual Assesment | DISPLAYS SIGNS OF DELIRIUM OR MENTAL INSTABILITY | NO | |
| 2 | Visual Assesment | OBVIOUS FEVER, SWOLLEN LYMPH NODES, JAUNDICE, OTHER EVIDENCE OF INFECTION? | NO | |
| 3 | Visual Assesment | POOR SKIN CONDITION, RASHES, SKIN INFECTIONS, BITES OR NEEDLE MARKS? | NO | |
| 4 | Visual Assesment | SIGNS OF INTOXICATION? | NO | |
| 5 | Visual Assesment | VISIBLE SIGNS OF ALCOHOL OR DRUG WITHDRAWAL? | NO | |
| 6 | Visual Assesment | VISIBLE SIGNS OF DENTAL PROBLEMS? | NO | |
| 7 | Visual Assesment | VISIBLE SIGNS OF PHYSICAL DEFORMITIES OR PROBLEMS COMMUNICATING? | NO | |
| 8 | Visual Assesment | VISIBLE SIGNS OF TRAUMA OR ILLNESS REQUIRING IMMEDIATE MEDICAL OR DOCTORS CARE? | NO | |
| 9 | Visual Assesment | VISUAL SIGNS OF TRAUMA REQUIRING NON-EMERGENCY MEDICAL FOLLOW-UP | NO | |
| 10 | Do you have / Ever had | Do you currently take medications perscribed by a Doctor? | YES | 5 DIFERENT MEDS FOR HEART INCLUDING ASPRIN BUT HE CANT RECALL THE OTHERS. |
| 11 | Do you have / Ever had | DO YOU HAVE ANY CURRENT OR PAST MEDICAL CONDITIONS THAT WE SHOULD BE AWARE OF? | YES | SAID HEART TROUBLE, AND CANCER IN NOSE REMOVED JD |

DEFENDANT'S EXHIBIT 2 5:24-cv-00119-JD

# INMATE MEDICAL QUESTIONNAIRE (Continued)

**Inmate : MAY, MARVIN GENTRY - Booking Number : 36389**

I have read and answered the medical questions accurately.

| Inmate Signature | Officer Signature | Date Time |
|---|---|---|
| [signature] | | |

| No | Category | Description | Answer | Explaination |
|---|---|---|---|---|
| 12 | Do you have / Ever had | HAVE YOU EVER ATTEMPTED SUICIDE, OR ARE YOU FEELING SUICIDAL NOW? | NO | |
| 13 | Do you have / Ever had | HAVE YOU EVER BEEN DIAGNOSED WITH A MENTAL HEALTH DISORDER? BY WHOM? IF SO, ARE YOU CURRENTLY RECEIVING MENTAL HEALTH TREATMENT? WHERE? | NO | |
| 14 | Do you have / Ever had | IF YOU ARE APPROVED MEDICATIONS BY OUR FACILITY MEDICAL AUTHORITY, DO YOU AUTHORIZE THE CUSTER COUNTY JAIL TO FILL THE APPROVED PERSCRIPTIONS AT YOUR EXPENSE? | YES | SAID YES JD |
| 15 | Do you have / Ever had | IF YOU TAKE MEDICATIONS PERSCRIBED BY A DOCTOR , WHAT PHARMACY DISPENCED YOUR MOST RECENT MEDICATION? | YES | SAYS MEDICARE |
| 16 | Do you have / Ever had | IF YOU TAKE MEDICATIONS PERSCRIBED BY A DOCTOR , WHEN WAS YOUR LAST PERSCRIPTION FILLED? | NO | 1 MONTH PRIOR |
| 17 | Female Question | ARE YOU PREGNANT? __YES __NO (IF YES) LAST PERIOD:__________ | NO | |
| 18 | Female Question | DO YOU HAVE ANY FEMALE MEDICAL PROBLEMS THAT MAY REQUIRE ATTENTION OR WOULD LIKE TO DISCUSS WITH FEMALE STAFF? ___ YES ___ NO | NO | |
| 19 | General Question | ALCOHOL AND DRUG HISTORY: ARE YOU ADDICTED TO ANY DRUGS OR ALCOHOL? IF SO DO YOU EXPECT TO EXPERIENCE WITHDRAWALS ? | NO | |
| 20 | General Question | Are you allergic to any medications - Over the counter or prescribed? | NO | |
| 21 | General Question | Do you have any food allergies or verifiable diet requirements? | NO | |
| 22 | General Question | DO YOU NEED TO SEE THE JAIL NURSE/DOCTOR FOR A MEDICAL CONDITION? YES___ NO___ | NO | |
| 23 | General Question | Have you been advised that All medications and medical services acquired for you by the Custer County jail will be charged to you? | YES | ADVISED JD |
| 24 | General Question | What is your confirmed height?_______ | YES | 5'10" |

## INMATE MEDICAL QUESTIONNAIRE (Continued)

**Inmate : MAY, MARVIN GENTRY - Booking Number : 36389**

I have read and answered the medical questions accurately.

Inmate Signature Officer Signature Date Time

| No | Category | Description | Answer | Explaination |
|---|---|---|---|---|
| 25 | General Question | What is your confirmed weight?________ | YES | 290 LBS |

Pt's family brought medications in.

**Medication Verification Form**

Date: 2/10/20 Time: 9:00 Detainee name: Marvin May ID #: ____ Age: 72 DOB: [redacted]

Allergies: NKDA Blood sugar results *(if indicated)*: ____ Peak flow results *(if indicated)*: ____

Vitals *(if indicated)*: B/P: ____ Temp: ____ Resp: ____ Pulse: ____ Pulse Ox *(if indicated)*: ____

| | Rx Filled | # of pills in bottle | Medication Name | Medication Dose | Medication Instructions | Approved Yes | No | Modify | Modified order or Reason Not Approved | Duration |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Singulair | 10mg | 1 tab Daily | ✓ | | | | |
| | Pharmacy: | | | Phone #: | | | | | | |
| 2 | | | Aspirin | 81mg | 1 tab Daily | ✓ | | | | |
| | Pharmacy: | | | Phone #: | | | | | | |
| 3 | | | Diltiazem CD | 300mg | 1 tab Daily | ✓ | | | | |
| | Pharmacy: | | | Phone #: | | | | | | |
| 4 | | | Atorvastatin | 20mg | 1 tab Daily | ✓ | | | | |
| | Pharmacy: | | | Phone #: | | | | | | |
| 5 | | | Carvedilol | 6.25mg | 1 tab 2x day | ✓ | | | | |
| | Pharmacy: | | | Phone #: | | | | | | |
| 6 | | | Valsartan/HCTZ | 320-25mg | 1 tab Daily (PM) | ✓ | | | | |
| | Pharmacy: | | | Phone #: | | | | | | |

Practitioner's name: Dr. Stephen Hutchings Nurse/Officer's Name: [signature]

Received by: [signature] Date: ____ Delivered by: ____ Date: 2/10/20

The jail's Illness Reports are designed to assist officers in gathering information to communicate to the practitioner. Treatment should be ordered by a licensed practitioner. The jail's Illness Reports are not intended to establish a standard of medical care, are not standing orders, and are not a substitute for common sense. 05/18

00-00a Medication Verification Form

Page1 of 1

**MEDICATION ADMINISTRATION RECORD**

**DIAMOND PHARMACY SERVICES**
1.800.882.6337 FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 2/10 DISCONTINUE 5/10 | Singulair 10mg 1 tab Am | 0600 | → | → | → | → | → | → | → | → | → | → | AT | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 2/10 DISCONTINUE 5/10 | Aspirin 81mg 1 tab Am | 0600 | → | → | → | → | → | → | → | → | → | → | AT | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 2/10 DISCONTINUE 5/10 | Diltiazem CD 300mg 1 tab Am | 0600 | → | → | → | → | → | → | → | → | → | → | AT | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 2/10 DISCONTINUE 5/10 | Atorvastatin 20mg 1 tab Am | 0600 | → | → | → | → | → | → | → | → | → | → | AT | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 2/10 DISCONTINUE 5/10 | Carvedilol 6.25mg 1 tab Am/Pm | 0600 | → | → | → | → | → | → | → | → | → | → | AT | | | | | | | | | | | | | | | | | | | | |
| | | 1800 | → | → | → | → | → | → | → | → | → | [illegible] | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 2/10 DISCONTINUE 5/10 | Valsartan/HCTZ 320-25mg 1 tab Pm | 1800 | → | → | → | → | → | → | → | → | → | [illegible] | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| AT | [illegible] | | | | | | | | |

LOCATION: Dorm 1 | DATE OF BIRTH OR SOC. SEC. NO.: [redacted] | ALLERGIES: NKDA | DIAGNOSIS:

PATIENT NAME AND NUMBER: May, Marvin | FACILITY: CCSO | CHARTING FOR: 2/1/20 | THROUGH: 2/29/20

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# INMATE MEDICAL QUESTIONNAIRE

**BOOKING INFORMATION**

**Inmate** MAY, MARVIN GENTRY **Sex** M **DOB** [redacted]
**Booking No** 38090 **Booked Date** 06/10/2021 13:54 **Booked Type** FULL BOOKING

**EMERGENCY CONTACT INFORMATION**

**Name** HORTON, WAYNE **Relationship** EMPLOYEE
**Address / Phone** (580) 799-3244

I have read and answered the following medical questions accurately.

Inmate Signature | Officer Signature | 6-10-21 Date Time

| No | Category | Description | Answer | Explaination |
|---|---|---|---|---|
| 1 | Visual Assesment | DISPLAYS SIGNS OF DELIRIUM OR MENTAL INSTABILITY | NO | |
| 2 | Visual Assesment | OBVIOUS FEVER, SWOLLEN LYMPH NODES, JAUNDICE, OTHER EVIDENCE OF INFECTION? | NO | |
| 3 | Visual Assesment | POOR SKIN CONDITION, RASHES, SKIN INFECTIONS, BITES OR NEEDLE MARKS? | NO | |
| 4 | Visual Assesment | SIGNS OF INTOXICATION? | NO | |
| 5 | Visual Assesment | VISIBLE SIGNS OF ALCOHOL OR DRUG WITHDRAWAL? | NO | |
| 6 | Visual Assesment | VISIBLE SIGNS OF DENTAL PROBLEMS? | NO | |
| 7 | Visual Assesment | VISIBLE SIGNS OF PHYSICAL DEFORMITIES OR PROBLEMS COMMUNICATING? | NO | |
| 8 | Visual Assesment | VISIBLE SIGNS OF TRAUMA OR ILLNESS REQUIRING IMMEDIATE MEDICAL OR DOCTORS CARE? | NO | |
| 9 | Visual Assesment | VISUAL SIGNS OF TRAUMA REQUIRING NON-EMERGENCY MEDICAL FOLLOW-UP | NO | |
| 10 | Do you have / Ever had | Do you currently take medications perscribed by a Doctor? | YES | HE TAKES 6 PILLS BUT DOESNT KNOW WHAT THEY ARE MB |
| 11 | Do you have / Ever had | DO YOU HAVE ANY CURRENT OR PAST MEDICAL CONDITIONS THAT WE SHOULD BE AWARE OF? | YES | HEART PROBLEMS |
| 12 | Do you have / Ever had | HAVE YOU EVER ATTEMPTED SUICIDE, OR ARE YOU FEELING SUICIDAL NOW? | NO | |

# INMATE MEDICAL QUESTIONNAIRE (Continued)

**Inmate : MAY, MARVIN GENTRY - Booking Number : 38090**

I have read and answered the medical questions accurately.

Inmate Signature ........ Officer Signature ........ Date Time ........

| No | Category | Description | Answer | Explaination |
|---|---|---|---|---|
| 13 | Do you have / Ever had | HAVE YOU EVER BEEN DIAGNOSED WITH A MENTAL HEALTH DISORDER? BY WHOM? IF SO, ARE YOU CURRENTLY RECEIVING MENTAL HEALTH TREATMENT? WHERE? | NO | |
| 14 | Do you have / Ever had | IF YOU ARE APPROVED MEDICATIONS BY OUR FACILITY MEDICAL AUTHORITY, DO YOU AUTHORIZE THE CUSTER COUNTY JAIL TO FILL THE APPROVED PERSCRIPTIONS AT YOUR EXPENSE? | NO | |
| 15 | Do you have / Ever had | IF YOU TAKE MEDICATIONS PERSCRIBED BY A DOCTOR , WHAT PHARMACY DISPENCED YOUR MOST RECENT MEDICATION? | YES | MAIL ORDER |
| 16 | Do you have / Ever had | IF YOU TAKE MEDICATIONS PERSCRIBED BY A DOCTOR , WHEN WAS YOUR LAST PERSCRIPTION FILLED? | YES | A MONTH AGO |
| 17 | Female Question | ARE YOU PREGNANT? __YES __NO (IF YES) LAST PERIOD:__________ | NO | |
| 18 | Female Question | DO YOU HAVE ANY FEMALE MEDICAL PROBLEMS THAT MAY REQUIRE ATTENTION OR WOULD LIKE TO DISCUSS WITH FEMALE STAFF? ___ YES ___ NO | NO | |
| 19 | General Question | ALCOHOL AND DRUG HISTORY: ARE YOU ADDICTED TO ANY DRUGS OR ALCOHOL? IF SO DO YOU EXPECT TO EXPERIENCE WITHDRAWALS ? | NO | |
| 20 | General Question | Are you allergic to any medications - Over the counter or prescribed? | NO | |
| 21 | General Question | Do you have any food allergies or verifiable diet requirements? | NO | |
| 22 | General Question | DO YOU NEED TO SEE THE JAIL NURSE/DOCTOR FOR A MEDICAL CONDITION? YES___ NO___ | NO | |
| 23 | General Question | Have you been advised that All medications and medical services acquired for you by the Custer County jail will be charged to you? | YES | MB |
| 24 | General Question | What is your confirmed height?_______ | YES | 5'10" |
| 25 | General Question | What is your confirmed weight?________ | YES | 220 |

# Coronavirus Disease 2019 (COVID-19) Screening Process

Screen **all individuals** for symptoms upon arrival to the facility.

Staff: when reporting to work   Detainee/Patient: during the booking process if possible

SCREENING (check one): ☐ Detainee: Name ____________ DOB ____________
☐ Staff: Name ____________
☐ Other: ____________

Additional Information (optional): ____________

| SCREENING | | | | | |
|---|---|---|---|---|---|
| **Symptom** | **YES** | **NO** | **Symptom** | **YES** | **NO** |
| Fever (If YES, temp: 97.3 | | ✓ | Headache | | ✓ |
| Cough | | ✓ | Sore Throat | | ✓ |
| Difficulty Breathing | | ✓ | Chills or Shivering | | ✓ |
| Muscle or Body Aches | | ✓ | New Loss of Taste or Smell | | ✓ |
| Fatigue | | ✓ | Congestion or Runny Nose | | ✓ |
| Nausea or Vomiting | | ✓ | Diarrhea | | ✓ |

In the past 14 days, have you had close contact with:
- Anyone known to have laboratory-confirmed COVID-19?
- Anyone who has symptoms consistent with COVID-19?

☐ YES ☒ NO

Are you isolating or quarantining because you may have been exposed to someone with COVID-19 or are worried that you may be sick with COVID-19? ☐ YES ☒ NO

Have you recently tested positive for COVID-19?
If YES, where were you tested? ____________ ☐ YES ☒ NO

## If YES to any of the above questions, consider the following actions:

| DETAINEE | STAFF | OTHER |
|---|---|---|
| • Isolate/quarantine, if possible<br>• Have the patient wear a standard mask (not an N-95)<br>• Instruct the patient to cover their mouth and nose with a tissue or sleeve when coughing or sneezing; encourage hand washing<br>• Contact your local health department for potential testing information AND notify Medical Dept | • Send employee home to self-quarantine<br>• Consult local health dept to determine length of quarantine<br>• Return to work when quarantine is complete if no symptoms are present. | • Do NOT allow entry into facility |

These individuals may be referred to as a person under investigation (PUI) for COVID-19.

## If NO to all questions:

- Individual should NOT be considered a risk at this time – no further action required.
- If symptoms appear at a later time, repeat the screening process.

[signature]
Officer/Nurse Signature

6-10-21
Date



See following page for information on temperature [illegible]

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# INMATE MEDICAL QUESTIONNAIRE

**BOOKING INFORMATION**

**Inmate** MAY, MARVIN GENTRY **Sex** M **DOB** [redacted]
**Booking No** 38296 **Booked Date** 07/29/2021 18:58 **Booked Type** FULL BOOKING

**EMERGENCY CONTACT INFORMATION**

**Name** NONE, **Relationship** NONE
**Address / Phone**

I have read and answered the following medical questions accurately.

Inmate Signature Officer Signature Date Time

| No | Category | Description | Answer | Explaination |
|---|---|---|---|---|
| 1 | Visual Assesment | DISPLAYS SIGNS OF DELIRIUM OR MENTAL INSTABILITY | NO | |
| 2 | Visual Assesment | OBVIOUS FEVER, SWOLLEN LYMPH NODES, JAUNDICE, OTHER EVIDENCE OF INFECTION? | NO | |
| 3 | Visual Assesment | POOR SKIN CONDITION, RASHES, SKIN INFECTIONS, BITES OR NEEDLE MARKS? | NO | |
| 4 | Visual Assesment | SIGNS OF INTOXICATION? | NO | |
| 5 | Visual Assesment | VISIBLE SIGNS OF ALCOHOL OR DRUG WITHDRAWAL? | NO | |
| 6 | Visual Assesment | VISIBLE SIGNS OF DENTAL PROBLEMS? | NO | |
| 7 | Visual Assesment | VISIBLE SIGNS OF PHYSICAL DEFORMITIES OR PROBLEMS COMMUNICATING? | NO | |
| 8 | Visual Assesment | VISIBLE SIGNS OF TRAUMA OR ILLNESS REQUIRING IMMEDIATE MEDICAL OR DOCTORS CARE? | NO | |
| 9 | Visual Assesment | VISUAL SIGNS OF TRAUMA REQUIRING NON-EMERGENCY MEDICAL FOLLOW-UP | NO | |
| 10 | Do you have / Ever had | Do you currently take medications perscribed by a Doctor? | YES | HIGH BLOOD PRESSURE |
| 11 | Do you have / Ever had | DO YOU HAVE ANY CURRENT OR PAST MEDICAL CONDITIONS THAT WE SHOULD BE AWARE OF? | NO | |
| 12 | Do you have / Ever had | HAVE YOU EVER ATTEMPTED SUICIDE, OR ARE YOU FEELING SUICIDAL NOW? | NO | |

# INMATE MEDICAL QUESTIONNAIRE (Continued)

**Inmate : MAY, MARVIN GENTRY - Booking Number : 38296**

I have read and answered the medical questions accurately.

| Inmate Signature | Officer Signature | Date Time |
|---|---|---|
| | | |

| No | Category | Description | Answer | Explaination |
|---|---|---|---|---|
| 13 | Do you have / Ever had | HAVE YOU EVER BEEN DIAGNOSED WITH A MENTAL HEALTH DISORDER? BY WHOM? IF SO, ARE YOU CURRENTLY RECEIVING MENTAL HEALTH TREATMENT? WHERE? | NO | |
| 14 | Do you have / Ever had | IF YOU ARE APPROVED MEDICATIONS BY OUR FACILITY MEDICAL AUTHORITY, DO YOU AUTHORIZE THE CUSTER COUNTY JAIL TO FILL THE APPROVED PERSCRIPTIONS AT YOUR EXPENSE? | YES | YES MH |
| 15 | Do you have / Ever had | IF YOU TAKE MEDICATIONS PERSCRIBED BY A DOCTOR , WHAT PHARMACY DISPENCED YOUR MOST RECENT MEDICATION? | YES | DOES NOT KNOW High Blood Pressure |
| 16 | Do you have / Ever had | IF YOU TAKE MEDICATIONS PERSCRIBED BY A DOCTOR , WHEN WAS YOUR LAST PERSCRIPTION FILLED? | YES | DOES NOT REMEMBER [illegible] |
| 17 | Female Question | ARE YOU PREGNANT? __YES __NO (IF YES) LAST PERIOD:__________ | NO | |
| 18 | Female Question | DO YOU HAVE ANY FEMALE MEDICAL PROBLEMS THAT MAY REQUIRE ATTENTION OR WOULD LIKE TO DISCUSS WITH FEMALE STAFF? ___ YES ___ NO | NO | |
| 19 | General Question | ALCOHOL AND DRUG HISTORY: ARE YOU ADDICTED TO ANY DRUGS OR ALCOHOL? IF SO DO YOU EXPECT TO EXPERIENCE WITHDRAWALS ? | NO | |
| 20 | General Question | Are you allergic to any medications - Over the counter or prescribed? | NO | |
| 21 | General Question | Do you have any food allergies or verifiable diet requirements? | NO | |
| 22 | General Question | DO YOU NEED TO SEE THE JAIL NURSE/DOCTOR FOR A MEDICAL CONDITION? YES___ NO___ | NO | |
| 23 | General Question | Have you been advised that All medications and medical services acquired for you by the Custer County jail will be charged to you? | YES | ADVISED MH |
| 24 | General Question | What is your confirmed height?_______ | YES | 5'10" |
| 25 | General Question | What is your confirmed weight?________ | YES | 230 LBS |

Turn•Key HEALTH

# MEDICAL INTAKE FORM

NAME: May, Marvin DOB: [redacted] SS/INMATE# [redacted]

HEALTH INSURANCE: ☒ YES ☐ NO CARRIER/POLICY NUMBER: Medicare

☒ MALE ☐ FEMALE

RACE: ☒ WHITE ☐ BLACK ☐ ASIAN ☐ AMERICAN INDIAN ☐ HISPANIC ☐ OTHER ________

SENT FOR A FIT? ☐ YES ☒ NO REASON: ________

ALLERGIES: Medications NKDA Food: ________ Other: ________

INMATE CHECKED FOR HEAD LICE? ✓ YES, TREATMENT NEEDED? ____ YES ✓ NO

ANY INJURIES TO REPORT DUE TO ARREST OR BOOKING? ☒ NO ☐ Yes Describe if yes ________

DOES PATIENT WEAR GLASSES, CONTACTS, DENTURES OR PARTIALS, HEARING AIDS, PROSTHESIS, CRUTCHES, CANE, WALKER, WHEELCHAIR OR OTHER MEDICAL DEVICE? (CIRCLE ANY THAT APPLY) IF YES, MEDICALLY APPROVED TO KOP? ________ OR PLACED IN PROPERTY? ________

VITALS: TEMP 97.4 B/P 151/80 PULSE 64 Resp 17 O2SAT 96% WEIGHT 272

LIST ALL CURRENT MEDICATIONS INCLUDE DOSAGE, FREQUENCY, LAST TIME TAKEN AND PHARMACY?

6 medications - unknown what or where he gets them

MEDICAL ILLNESS: CHECK ANY CURRENT OR PAST CONDITIONS:

☒ HEART ATTACK/CARDIAC DISEASE EXPLAIN ________ WHEN 3 years ago

☒ HIGH B/P ________

☐ CANCER/ONCOLOGY- TYPE ________

☐ COPD/EMPHYSEMA ________

☐ STROKE ________

☐ ADULT ASTHMA ________ DO YOU USE AN INHALER? ☐YES ☐NO, OR BREATHING TREATMENTS? ☐YES ☐NO OR OXYGEN? ☐YES ☐NO

☐ DIABETES ________ CURRENT FSBS ________

☐ SURGERIES ________

☐ SEIZURE: AGE OF ONSET ____ DATE OF LAST SEIZURE ____ COMPLIANT WITH MEDICATIONS? ☐YES ☐NO

☐ HIV/AIDS ________ COMPLIANT WITH MEDS? ☐YES ☐NO, LAST LAB ________

HIV HEALTH CARE PROVIDER: ________

☐ HX OF STDS ☐YES ☐NO, LIST ANY CURRENT SYMPTOMS ________

☐ MAJOR DENTAL CONDITIONS ________

☐ HEPATITIS-TYPE ________ HOW LONG? ________

☐ OTHER ________

☐ NONE OF THE ABOVE

HISTORY OF TB/POSITIVE TB TEST? WHEN ________ WHERE ________ TX COMPLETED ☐YES ☒NO

HAVE YOU RECENTLY EXPERIENCED: CHRONIC COUGH - COUGHING UP BLOOD - LETHARGY - BODY WEEKNESS - MORE THAN 10 LBS WEIGHTLOSS IN THE LAST MONTH - LOSS OF APPETITE - FEVER, -NIGHT SWEATS? (*CIRCLE ANY OF THE FOLLOWING EXPERIENCED IN THE PAST MONTH*)

APPEARANCE - SWEATING - TREMORS - ANXIOUS - DISHEAVELED - (UNREMARKABLE)

BEHAVIOR - NERVOUS - DISORDERLY - INSENSIBLE - (APPROPRIATE)

STATE OF CONSCIOUSNESS - (ALERT) - LETHARGIC –APPEARS TO BE UNDER THE INFLUENCE

BREATHING - LABORED - PERSISTENT COUGHING - HYPERVENTILATING - (UNREMARKABLE)

EASE OF MOVEMENT - (GAIT STABLE) - UNSTABLE- REQUIRES ASSISTIVE DEVICE (*CIRCLE ONE*)

SKIN - DO YOU CURRENTLY HAVE: RASHES - SORES - WOUNDS - JAUNDICE - BRUISES -TRAUMA MARKINGS - NEEDLE MARKINGS - RECENTTATTOOS? WHERE/CONCERNS? scabbed area to bilat arms - Ø s/s infection OTHER SKINCONDITIONS?

**FEMALE HEALTH**

ARE YOU PREGNANT NOW? ☐ YES ☐ NO ☐ DON'T KNOW LAST MENSTRAUL CYCLE ______

IF PREGNANT EDD?______ # OF PREGNANCIES______ # OF LIVE BIRTHS______

PROBLEM IN PREVIOUS PREGNANCIES?______ HIGH RISK ☐ YES ☐ NO (TYPE OF DELIVERY) ______

OB/GYN NAME:______ PHONE#______

LAST VISIT DATE:______ NEXT APPT SCHEDULE: ______

**MENTAL HEALTH**

HAVE YOU EVER HAD A MENTAL ILLNESS? ☐ YES ☑ NO

EXPLAIN______

ARE YOU CURRENTLY SEEN BY MENTAL HEALTH PROFESSIONAL? ☐ YES ☑ NO

WHO?______

HAVE YOU EVER TAKEN ANY MENTAL HEALTH MEDS? ☐ YES ☑ NO

WHAT______

ATTEMPTED SUICIDE? ☐ YES ☑ NO EXPLAIN: ______

ANY CURRENT SUICIDAL THOUGHTS? ☐ YES ☑ NO EXPLAIN: ______

**ARE YOU USING OR HAVE YOU EVER USED ANY OF THE FOLLOWING? DATE OF LAST USE?**

☐ TRANQUILIZERS______
☐ OPIATES______
☐ BARBITUATES______
☐ LSD/HALLUCINOGENS/PCP______
☐ MARIJUANA______
☐ AMPHETAMINE/SPEED______
☐ GLUE/SOLVENT/ INHALANT ______
☐ HEROIN______
☐ CRACK / COCAINE ______
☐ ALCOHOL ______
☐ OTHER______
☑ DENIES USE OF ANY SUBSTANCES LISTED ABOVE

**HAVE YOU EVER HAD OR ARE YOU CURRENTLY HAVING ANY WITHDRAWAL SYMPTOMS WHEN YOU STOPPED DRUGS OR ALCOHOL? ☐ YES ☑ NO** DID YOU HAVE ANY SEIZURES DURING WITHDRAWAL? ☐ **YES** ☑ **NO**

EXPLAIN: ______

**OTHER COMMENTS OR PHYSICAL FINDINGS:**

______

______

☐ PROVIDER NOTIFIED/ORDERS RECEIVED______

**RECOMMENDED HOUSING BASED ON MEDICAL/MENTAL HEALTH EVALUATION:**

☐ TRANSPORT TO HOSPITAL
☑ RECOMMENDED GENERAL POPULATON
☐ SUICIDE PRECAUTIONS
☐ RECOMMENDED MEDICAL HOUSING / ISOLATION DUE TO: ______

**INSTRUCTED ON HOW TO ACCESSS MEDICAL/ MENTAL HEALTH CARE?** ☑ **YES** ☐ **NO**

MEDICAL EVALUATION PREFORMED BY: [signature] LPN

MEDICAL EVALUATION DATE: 8-3-21 TIME: 0930

Rev. 12/16/20

Turn Key
HEALTH

## General Consent for Care and Treatment

***TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo any suggested treatment or procedure after knowing the risks and hazards involved. At this point in your care, no specific treatment plan has been recommended. This consent form is simply an effort to obtain your permission to perform the evaluation necessary to identify the appropriate treatment and/or procedure for any identified condition(s).***

This consent provides us with your permission to perform reasonable and necessary medical examinations, testing and treatment. By signing below, you are indicating that (1) you intend that this consent is continuing in nature even after a specific diagnosis has been made and treatment recommended; and (2) you consent to treatment at Custer (Facility). The consent will remain fully effective until it is revoked in writing or you are released from custody. You have the right at any time to discontinue services.

You have the right to discuss the treatment plan about the purpose, potential risks, and benefits of any test or treatment ordered for you. If you have any concerns regarding any test or treatment recommended by your health care provider, we encourage you to ask questions.

I voluntarily request health care providers, or the designees as deemed necessary, to perform reasonable and necessary medical examination, testing and treatment. I understand that if additional testing, invasive or interventional procedures are recommended, I will be asked to read and sign additional consent forms prior to the test(s) or procedure(s).

I certify that I have read and fully understand the above statements and consent fully and voluntarily to its contents.

[signature]
**Signature**

8-3-21
**Date**

Marvin May
**Printed** Name

Toni Burgert
**Printed** Name of Witness

LPN
Job Title

Toni Burgert LPN
**Signature of Witness**

8-3-21
**Date**

REVISED 12/16/20

Turn•Key
HEALTH

**EMERGENCY / ON-CALL DATA COLLECTION SHEET**
*****INITIATE AMBULANCE SERVICES IF INMATE IS UNRESPONSIVE OR EXHIBITING SIGNS OF RAPID DECLINE*****

INMATE NAME: May, Marvin ID#: [redacted] FACILITY: CCSO DATE/TIME: 8-1-21

**KNOWN ALLERGIES:**

**MEDICAL HISTORY:**
ASTHMA ☐ COPD ☐ DIABETES (INSULIN DEPENDENT Y/N) ☑ HIGH BLOOD PRESSURE ☐ CARDIAC DISEASE
☐ CHRONIC HEADACHES ☐ CHRONIC PAIN ☐ MENTAL HEALTH / PRIOR SELF HARM ☐ SEIZURE DISORDER
☐ OB/GYN CONCERNS ☐ DRUG ORALCOHOL ADDICTION ☑ OTHER: Heart problems

**CURRENT MEDICATIONS:**

**CURRENT CONDITION ONSET:**
☐ New Condition ☐ Prior Occurrence (Frequency:______ Last Occurrence:______)

**NATURE OF CURRENT CONDITION:**
☑ ASTHMA / BREATHING COMPLICATIONS:
☑ CHEST PAINS: LOCATION:______ NATURE: ☑ STABBING ☐ DULL ☐ PULSING ☐ OTHER:______
☐ HEADACHES / BODY PAIN (LOCATION:______: SCALE 1-10:______)
☐ SEIZURE (DURATION:______MINUTES)
☐ DIABETIC EPISODE (FINGER STICK READING:______)
☐ OB/GYN SYMPTOMS
☐ SUICIDE ATTEMPT / THREATS OF SELF HARM / PSYCHIATRIC EPISODE
☐ BLEEDING / BODILY INJURY
☐ INTOXICATION / WITHDRAWAL SYMPTOMS (TREMORS, DISORIENTED, HALLUCINATIONS, UNSTEADY GAIT, LETHARGIC)
☐ OTHER:

**CONDITION IMPROVED BY:**
· Nitro 2 dosages. 4 mg each

**CONDITION MADE WORSE BY:**

**INMATE COMPLAINT / WHAT ADDITIONAL INFORMATION HAS THE INMATE PROVIDED?**
Shortness of breath, sharp pain, Neck pain

**CALLER'S OBSERVATION:**

**VITAL SIGNS: Use digital clinical instruments for the following:**
Blood Pressure: 173/106 Pulse (BPM): 77 Respirations (RPM): Temp: 97.5 O2 Sat: 95 Weight:

Finger Stick Result (for known diabetics or Decreased level of consciousness): (REPEAT VITALS AS INDICATED)

**PLAN:**
***COLLECT THE ABOVE DATA THEN CONTACT THE ON-CALL PROVIDER***
Name of Provider Notified: Time: Orders received for treatment: ☐ Yes ☐ No

**ORDERS:**
☐ Provide Appropriate First Aide:______
☐ Administer prescribed medications:______
☐ Monitor behavior / condition: Check again in____minutes and call provider
☐ Place on mental health watch
☐ Schedule for next sick call clinic
☐ Return to housing unit
☐ ER visit via security transport (non-emergency)
☐ **CALL AMBULANCE FOR EMERGENCY TRANSPORT**

☐ **Ambulance notification time:** **Transport time:**

**Additional Orders:**

Caller's Name (PRINT): Montse Herrera Signature: [signature]

SEE BACK Date: 8-1-21 Time: 21:50

REVISED 12/16/20

- Give Nitro. If doesn't help, give second dosage after 5 mins. If it doesn't help, give third dosage and call EMS.

---

- Gave 2 dosages of .4 milgrams of Nitro. Began to feel better.

---

- First dosage @ 21:55 160/108 BP.
- 2nd dosage @ 22:00.

BP 144/76. Pulse 98 @ 22:02
O2 sat 98 Pulse 90 @ 22:08
O2 sat 96 Pulse 89 @ 22:14
BP 175/71 @ 22:17
O2 sat 96 Pulse 90
BP 122/95 @ 22:29
O2 sat 97 pulse 90
BP 138/97 @ 22:35
O2 sat 96 pulse 86
BP 150/95 @ 22:42
O2 sat 93 pulse 90
BP 155/90 @ 22:53
O2 sat 94 pulse 75

Turn Key
HEALTH

MEDICATION VERIFICATION FORM

FACILITY: Custer

NAME: May, Marvin

DATE: 8-

ID#/DOB: [redacted]

| MEDICATION STRENGTH, DOSAGE, FREQUENCY, ROUTE | LAST FILL DATE/ QUANTITY | ORDERED Y/N | NON-FORM Y/N | SUBSTITUTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NURSE'S SIGNATURE

PROVIDER SIGNATURE

12/16/20

Custer County Sheriff's Office
300 N 7th St. Arapaho, OK 73620
Phone: 580-323-1616 | Fax: 580-331-1139

# fax

TO: Dr. Mahmood | Medical records FROM: Ana

FAX: 405-376-1831 PAGES: 2

PHONE: DATE: 8/3/21

RE: Request CC:

☐ [Urgent] ☐ [For Review] ☐ [Please Comment] ☑ [Please Reply] ☐ [Please Recycle]

Comments: Thank you!

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

Turn-Key
HEALTH

# AUTHORIZATION FOR DISCLOSURE AND RELEASE OF PROTECTED HEALTH INFORMATION

**Patient Name:** May, Marvin **ID#/DOB:** [redacted] **Facility:** Custer

I hereby authorize the use or disclosure of the Protected Health Information (PHI) described below to be provided to or obtained by the following (please provide complete address):

Name of Facility or Person to receive PHI: ______
Address: ______
Phone no.: ______
Fax no.: ______

Name of Facility or Person to Release PHI: Dr. Mahmood
Address: Mustang, OK
Phone no.: 405-376-9544
Fax no.: 405-376-1831

**The type of information to be disclosed:**

Evaluations______
Diagnosis X
Treatment Plan X
X-ray reports______
Medical/Hospital Records X
Psychological Test Results______
Medical Test Results X
Lab results X
Medications X
Mental Health Record Summary X
Psychotherapy Notes______
Domestic Violence Information______
Sexual Assault Information______
Pregnancy Test Results______

**The purpose of such disclosure:**

Ongoing Treatment X Medical Care______ Consultation______
Evaluation______ Transfer______ Coordination of Care______

The designated information about me X may____may not be transmitted by fax, electronic mail or other electronic file transfer mechanisms. The above designated person X may____may not discuss by telephone the content of the information released.

This consent is in effect until release from custody. I understand that I may revoke this authorization, in writing, at any time unless action based on it has already taken place.

I hereby release all parties stated herewith from any liability resulting from the release of this information. I agree that a photocopy of this release shall be as valid as the original.

I understand that the information authorized for release may include records related to mental health, or drug, substance, or alcohol abuse. I also, understand that my communications in therapy are protected under federal and state confidentiality regulations and cannot be disclosed without my written authorization. The information provided by a client during therapy sessions is legally confidential in the case of licensed clinical social workers, except as provided in **section 12.43.218 CRS** and except for certain legal exceptions. In general, these exceptions pertain to matters of danger to self or others, and to assault or neglect of children.

I further understand that the potential exists for re-disclosure of my private mental health information, and that it may no longer be protected under the HIPAA privacy regulations.

I understand that information I have or may have a communicable or venereal disease is made confidential by law and cannot be disclosed without permission except in limited circumstances including disclosure to persons who have had risk exposures, disclosure pursuant to an order of the court or the U.S. Department of Health, disclosure among health care providers or disclosure for statistical or epidemiological purposes. When such information is disclosed, it cannot contain information from which you could be identified unless disclosure of that identifying information is authorized by you, by an order of the court or the U.S. Department of Health or by law.

This is to certify that I have given consent freely and voluntarily, and that the benefits and disadvantages of releasing the information, if known, have been explained to me.

**Signature of Patient:** [signature] **Date:** 8-3-21

**Signature of Parent/Guardian:** ______ **Date:** ______

**Witness Signature:** [signature] **Date:** 8-3-21

**FEDERAL REGULATIONS PROHIBIT THE RECIPIENT OF THIS INFORMATION FROM MAKING ANY FURTHER DISCLOSURES OF THIS INFORMATION.**

**Revised 12/16/20**

Turn Key
HEALTH

# MEDICAL INTAKE FORM

NAME: May, Marvin DOB: [redacted] SS/INMATE# [redacted]

HEALTH INSURANCE: ☐ YES ☑ NO CARRIER/POLICY NUMBER:

☑ MALE ☐ FEMALE

RACE: ☐WHITE ☐BLACK ☐ ASIAN ☐AMERICAN INDIAN ☐HISPANIC☐OTHER

**SENT FOR A FIT?** ☐ YES ☑ NO REASON:

**ALLERGIES: Medications** NKDA **Food:** No **Other:**

INMATE CHECKED FOR HEAD LICE? ✓ YES, TREATMENT NEEDED? ____ YES ✓ NO

ANY INJURIES TO REPORT DUE TO ARREST OR BOOKING? ☐NO ☐ Yes Describe if yes

DOES PATIENT WEAR GLASSES, CONTACTS, DENTURES OR PARTIALS, HEARING AIDS, PROSTHESIS, CRUTCHES, CANE, WALKER, WHEELCHAIR OR OTHER MEDICAL DEVICE? (CIRCLE ANY THAT APPLY) IF YES, MEDICALLY APPROVED TO KOP?________OR PLACED IN PROPERTY? ________

VITALS: TEMP 98.2 B/P 117/68 PULSE 72 Resp 18 O2SAT 99% WEIGHT 240

LIST ALL CURRENT MEDICATIONS INCLUDE DOSAGE, FREQUENCY, LAST TIME TAKEN AND PHARMACY?

**MEDICAL ILLNESS: CHECK ANY CURRENT OR PAST CONDITIONS:**

☐ HEART ATTACK/CARDIAC DISEASE EXPLAIN ________ WHEN ________
☑ HIGH B/P
☐ CANCER/ONCOLOGY- TYPE
☐ COPD/EMPHYSEMA
☐ STROKE
☐ ADULT ASTHMA ________ DO YOU USE AN INHALER? ☐YES☐NO, OR BREATHING TREATMENTS? ☐YES☐NO OR OXYGEN? ☐YES ☐NO
☐ DIABETES ________ CURRENT FSBS
☐ SURGERIES
☐ SEIZURE: AGE OF ONSET ____ DATE OF LAST SEIZURE ____ COMPLIANT WITH MEDICATIONS? ☐YES ☐NO
☐ HIV/AIDS ________ COMPLIANT WITH MEDS? ☐YES ☐NO, LAST LAB
HIV HEALTH CARE PROVIDER:
☐ HX OF STDS ☐YES ☐NO, LIST ANY CURRENT SYMPTOMS
☐ MAJOR DENTAL CONDITIONS
☐ HEPATITIS-TYPE ________ HOW LONG?
☐ OTHER
☐ NONE OF THE ABOVE

HISTORY OF TB/POSITIVE TB TEST? WHEN No WHERE No TX COMPLETED ☐YES ☑NO

HAVE YOU RECENTLY EXPERIENCED: CHRONIC COUGH - COUGHING UP BLOOD - LETHARGY - BODY WEEKNESS - MORE THAN 10 LBS WEIGHTLOSS IN THE LAST MONTH - LOSS OF APPETITE - FEVER, -NIGHT SWEATS? (*CIRCLE ANY OF THE FOLLOWING EXPERIENCED IN THE PAST MONTH*)

**APPEARANCE** - SWEATING - TREMORS - ANXIOUS - DISHEAVELED - (UNREMARKABLE)
**BEHAVIOR** - NERVOUS - DISORDERLY - INSENSIBLE - (APPROPRIATE)
**STATE OF CONSCIOUSNESS** - (ALERT) - LETHARGIC –APPEARS TO BE UNDER THE INFLUENCE
**BREATHING** - LABORED - PERSISTENT COUGHING - HYPERVENTILATING - (UNREMARKABLE)
**EASE OF MOVEMENT** – (GAIT STABLE) - UNSTABLE- REQUIRES ASSISTIVE DEVICE (*CIRCLE ONE*)

SKIN - DO YOU CURRENTLY HAVE: RASHES - SORES - WOUNDS - JAUNDICE - BRUISES -TRAUMA MARKINGS - NEEDLE MARKINGS - RECENTTATTOOS? WHERE/CONCERNS? NO OTHER SKINCONDITIONS? NO

**FEMALE HEALTH**

ARE YOU PREGNANT NOW? ☐ YES ☐ NO ☐ DON'T KNOW LAST MENSTRAUL CYCLE ______

IF PREGNANT EDD?______ # OF PREGNANCIES______ # OF LIVE BIRTHS______

PROBLEM IN PREVIOUS PREGNANCIES?______ HIGH RISK☐YES ☐ NO (TYPE OF DELIVERY) ______

OB/GYN NAME:______ PHONE#______

LAST VISIT DATE:______ NEXT APPT SCHEDULE: ______

**MENTAL HEALTH**

HAVE YOU EVER HAD A MENTAL ILLNESS? ☐ YES ☑ NO

EXPLAIN______

ARE YOU CURRENTLY SEEN BY MENTAL HEALTH PROFESSIONAL? ☐ YES ☑ NO

WHO?______

HAVE YOU EVER TAKEN ANY MENTAL HEALTH MEDS? ☐ YES ☐ NO

WHAT______

ATTEMPTED SUICIDE? ☐ YES ☑ NO EXPLAIN: ______

ANY CURRENT SUICIDAL THOUGHTS? ☐ YES ☑ NO EXPLAIN: ______

**ARE YOU USING OR HAVE YOU EVER USED ANY OF THE FOLLOWING? DATE OF LAST USE?**

- ☐ TRANQUILIZERS______
- ☐ OPIATES______
- ☐ BARBITUATES______
- ☐ LSD/HALLUCINOGENS/PCP______
- ☐ MARIJUANA______
- ☐ AMPHETAMINE/SPEED______
- ☐ GLUE/SOLVENT/ INHALANT ______
- ☐ HEROIN______
- ☐ CRACK / COCAINE ______
- ☑ ALCOHOL Can't remember
- ☐ OTHER______
- ☐ DENIES USE OF ANY SUBSTANCES LISTED ABOVE

**HAVE YOU EVER HAD OR ARE YOU CURRENTLY HAVING ANY WITHDRAWAL SYMPTOMS WHEN YOU STOPPED DRUGS OR ALCOHOL?** ☐**YES** ☑**NO** DID YOU HAVE ANY SEIZURES DURING WITHDRAWAL? ☐**YES** ☑**NO**

EXPLAIN: ______

**OTHER COMMENTS OR PHYSICAL FINDINGS:**

______

______

☐ PROVIDER NOTIFIED/ORDERS RECEIVED______

**RECOMMENDED HOUSING BASED ON MEDICAL/MENTAL HEALTH EVALUATION:**

- ☐ TRANSPORT TO HOSPITAL
- ☑ RECOMMENDED GENERAL POPULATON
- ☐ SUICIDE PRECAUTIONS
- ☐ RECOMMENDED MEDICAL HOUSING / ISOLATION DUE TO: ______

**INSTRUCTED ON HOW TO ACCESSS MEDICAL/ MENTAL HEALTH CARE?** ☑**YES** ☐ **NO**

**MEDICAL EVALUATION PREFORMED BY:** [signature]

**MEDICAL EVALUATION DATE:** 1-27-22 **TIME:** 0850

**Rev. 12/16/20**

Turn Key HEALTH

# MENTAL HEALTH SCREEN

FACILITY: Custer

| NAME: May Marvin | DOB: [redacted] | DATE: 1/27/22 | TIME: 0850 |
|---|---|---|---|

| Questions | Yes | No | Comments |
|---|---|---|---|
| 1. Is the patient unable to answer questions? **(Place in observation until further evaluation occurs)** | | ✓ | |
| 2. Does the patient appear under the influence? | | ✓ | |
| 3. Have you ever had a traumatic brain injury? | | ✓ | |
| 4. Do you have seizures? | | ✓ | |
| 5. Have you ever attempted to harm yourself? (If yes, when, and how in comments) | | ✓ | |
| 6. Are you thinking of killing yourself today? If yes, how? **(PLACE ON SUICIDE WATCH IMMEDIATELY)** | | ✓ | |
| 7. Are you feeling hopeless or that you have nothing to look forward to? | | ✓ | |
| 8. Do you hear voices or noises that others don't hear? | | ✓ | |
| 9. Do you currently believe that someone can control your mind or that other people can read your thoughts? | | ✓ | |
| 10. Have you noticed that you are much more active than you usually are? | | ✓ | |
| 11. Prior to your arrest, did you feel down, depressed, or have little interest or pleasure in things? | | ✓ | |
| 12. Do you currently feel like you must talk or move more slowly than you usually do? | | ✓ | |
| 13. Do you have nightmares, flashbacks or repeated thoughts or feelings related to PTSD or something terrible from your past? | | ✓ | |
| 14. Are you worried that someone might hurt or kill you? (If female ask if someone close to them) | | ✓ | |
| 15. Have you been a victim of physical, emotional, or sexual abuse? | | ✓ | |
| 16. Are you extremely worried you will lose your job, spouse, significant other or children due to your arrest? | | ✓ | |
| 17. In school were you ever told you had difficulty learning or in any special classes? | | ✓ | |
| 18. Have you ever been arrested for a sexual offense? | | / | |

***IF PATIENT ANSWERS YES TO ANY QUESTIONS ABOVE REFER FOR MENTAL HEALTH EVALUATION.***

| | | | |
|---|---|---|---|
| 19. Have you ever seen a mental health professional for emotional or mental health problems? | | ✓ | |
| 20. Have you ever been in the hospital for emotional or mental health problems? | | ✓ | |
| 21. Have you ever been in treatment for substance abuse? | | ✓ | |
| 22. Have you ever been hospitalized for detoxification from drugs or alcohol? | | ✓ | |
| 23. Are you taking any prescribed medications for emotional or mental health problems? | | ✓ | |

***IF YES TO NUMBER 19, 20, 21, and 21 ASK WHERE AND WHEN, IF DO NOT KNOW INDICATE THAT IN COMMENTS, AND REFER TO MENTAL HEALTH.***

***IF YES TO NUMBER 23 INDICATE WHAT MEDS, IF DOES NOT KNOW INDICATE THAT IN COMMENTS, AND REFER TO MENTAL HEALTH***

| | | | |
|---|---|---|---|
| 24. Does patient show signs of depression? (sadness, irritability, emotional flatness) | | ✓ | |
| 25. Does patient display any unusual behavior or act strange? (cannot focus attention, hearing or seeing things not there) | | ✓ | |
| 26. Is patient incoherent, disoriented or showing any signs of mental illness? | | ✓ | |
| 27. Does inmate have visible signs of recent self harm? | | ✓ | |

***IF YES TO QUESTIONS 24, 25 OR 26, PLACE ON OBSERVATION TIL EVALUATED BY MENTAL HEALTH.***

☐ PLACE ON SUICIDE WATCH

☐ PLACE ON OBSERVATION FOR FURTHER MENTAL HEALTH EVALUATION

☐ REFER TO MENTAL HEALTH

☐ SPECIAL HOUSING PLACEMENT DUE TO________________________________.

☐ REFER TO MEDICAL FOR EVALUATION DUE TO____________________________.

☐ GENERAL POPULATION

PATIENT NAME:______________________________ ID#: ____________

STAFF:____________________________________ DATE: ____________

REVISED 12/16/20

| | | | |
|---|---|---|---|
| 19. Have you ever seen a mental health professional for emotional or mental health problems? | | ✓ | |
| 20. Have you ever been in the hospital for emotional or mental health problems? | | ✓ | |
| 21. Have you ever been in treatment for substance abuse? | | ✓ | |
| 22. Have you ever been hospitalized for detoxification from drugs or alcohol? | | ✓ | |
| 23. Are you taking any prescribed medications for emotional or mental health problems? | | ✓ | |

***IF YES TO NUMBER 19, 20, 21, and 21 ASK WHERE AND WHEN, IF DO NOT KNOW INDICATE THAT IN COMMENTS, AND REFER TO MENTAL HEALTH.***

***IF YES TO NUMBER 23 INDICATE WHAT MEDS, IF DOES NOT KNOW INDICATE THAT IN COMMENTS, AND REFER TO MENTAL HEALTH***

| | | | |
|---|---|---|---|
| 24. Does patient show signs of depression? (sadness, irritability, emotional flatness) | | ✓ | |
| 25. Does patient display any unusual behavior or act strange? (cannot focus attention, hearing or seeing things not there) | | ✓ | |
| 26. Is patient incoherent, disoriented or showing any signs of mental illness? | | ✓ | |
| 27. Does inmate have visible signs of recent self harm? | | ✓ | |

***IF YES TO QUESTIONS 24, 25 OR 26, PLACE ON OBSERVATION TIL EVALUATED BY MENTAL HEALTH.***

☐ PLACE ON SUICIDE WATCH

☐ PLACE ON OBSERVATION FOR FURTHER MENTAL HEALTH EVALUATION

☐ REFER TO MENTAL HEALTH

☐ SPECIAL HOUSING PLACEMENT DUE TO ____________________.

☐ REFER TO MEDICAL FOR EVALUATION DUE TO ____________________.

☐ GENERAL POPULATION

PATIENT NAME: May, Marvin ID#: ________

STAFF: [signature] DATE: 1-27-22

REVISED 12/16/20

Turn-Key
HEALTH

## Tuberculosis Testing and Questionnaire

Name: May, Marvin ID#/DOB: [redacted] Facility: Custer Date: 1-27-22

TST date given:_____ Site:_________ Lot #_________ Expiration date: _________ Nurse Signature: _______________

Date Read:__________ Result:__________mm TST is____ Positive_____ Negative Nurse Signature______________

CXR date: ____________________ CXR Results: ____________________________

| Symptoms | YES | NO | COMMENTS |
|---|---|---|---|
| 1. Unresolved cough lasting more than 3 weeks? | | | |
| A. With hemoptysis (blood)? | | | |
| B. With sputum (phlegm)? Describe: | | | |
| 2. Unexplained weight loss? | | | |
| A. Number of pounds lost | | | |
| B. Stated weight | | | |
| C. Actual weight | | | |
| 3. Drenching night sweats? | | | |
| A. How long? | | | |
| 4. Fever or chills? | | | |
| A. How long? | | | |
| 5. Fatigue? | | | |
| A. How long? | | | |
| 6. Have you ever had a positive TB test? | | | |
| 7. Have you taken medicine for TB? | | | |
| A. When? | | | |
| B. Where? | | | |
| C. Did you complete your treatment? | | | |
| 8. Have you been exposed to active TB? | | | |
| A. When? | | | |
| B. Where? | | | |
| C. Name of person. | | | |

**Consider for ISOLATION and referral to Provider**

- **#1A = YES**
- **#1 + #2 or #3 = YES**

Isolated in room______________________, on____________at____________.

Evaluator's Signature [signature] Date: 1-27-22

Revised 12/16/20

Turn Key HEALTH

# PREA RISK ASSESSMENT

Name: May, Marvin ID#/DOB: [redacted] Facility: Custer

POTENTIAL AGGRESSOR:

1. Have you ever been involved in an incident where you sexually abused other inmates? Yes **No** (circled)

2. Have you ever been involved in an incident where you sexually abused other people outside of prison? Yes **No** (circled)

3. Have you ever been involved in a violent offense? Yes **No** (circled)

4. Have you ever committed a violent offense within an institutional setting or jail? Yes **No** (circled)

**ASSESSMENT:** IF QUESTION 1 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY JAIL ADMINISTRATION AND/OR MENTAL HEALTH OF INMATE'S POTENTIAL AS AN AGGRESSOR.

POTENTIAL VICTIM:

1. Does Inmate appear to have or report a mental, physical, or developmental disability? Yes **No** (circled)

2. Have you ever been a victim of sexual abuse in prison or jail? Yes **No** (circled)

3. Have you ever been a victim of sexual abuse as an adult or child? Yes **No** (circled)

4. Is Inmate less than 21 years old or over 65 years old? **Yes** (circled) No (circled and scribbled out)

5. Is Inmate of slight physical stature? Male: less than 5' 6" and/or less than 140 lbs OR Female: less than 5' and/or less than 100 lbs. Yes **No** (circled)

6. Is this the first time you have been incarcerated? Yes **No** (circled)

7. Is the Inmate's Criminal History exclusively non-violent? Yes **No** (circled)

8. Are you gay/lesbian, bisexual, transgender, intersex, or gender non- conforming? Yes **No** (circled)

9. Does Inmate have current or prior convictions for sex offenses against a child or adult? Yes **No** (circled)

10. Do you believe yourself to be vulnerable to being sexually abused in prison? Yes **No** (circled)

**ASSESSMENT:** IF QUESTION 1 OR 2 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY JAIL ADMINISTRATION AND/OR MENTAL HEALTH OF INMATE'S POTENTIAL AS A VICTIM OF SEXUAL AGGRESSION.

Mental Health Notified: Yes **No** (circled) Date/Time:__________

Jail Administration Notified: **No** (circled) Yes Date/Time:__________

Staff Completing: [signature] Date: 1-27-22 Time: 0850

Rev 12/16/20

Turn Key HEALTH

## General Consent for Care and Treatment

***TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo any suggested treatment or procedure after knowing the risks and hazards involved. At this point in your care, no specific treatment plan has been recommended. This consent form is simply an effort to obtain your permission to perform the evaluation necessary to identify the appropriate treatment and/or procedure for any identified condition(s).***

This consent provides us with your permission to perform reasonable and necessary medical examinations, testing and treatment. By signing below, you are indicating that (1) you intend that this consent is continuing in nature even after a specific diagnosis has been made and treatment recommended; and (2) you consent to treatment at____________________(Facility). The consent will remain fully effective until it is revoked in writing or you are released from custody. You have the right at any time to discontinue services.

You have the right to discuss the treatment plan about the purpose, potential risks, and benefits of any test or treatment ordered for you. If you have any concerns regarding any test or treatment recommended by your health care provider, we encourage you to ask questions.

I voluntarily request health care providers, or the designees as deemed necessary, to perform reasonable and necessary medical examination, testing and treatment. I understand that if additional testing, invasive or interventional procedures are recommended, I will be asked to read and sign additional consent forms prior to the test(s) or procedure(s).

I certify that I have read and fully understand the above statements and consent fully and voluntarily to its contents.

X [signature] | 1-27-22
**Signature** | **Date**

May, Marvin
**Printed** Name

Stacia Varich | LPN
**Printed** Name of Witness | Job Title

[signature] | 1-27-22
**Signature of Witness** | **Date**

REVISED 12/16/20

Turn-Key HEALTH

# INFORMED CONSENT FOR TREATMENT WITH PSYCHOACTIVE MEDICATIONS

NAME: May, Marvin DOB/NUMBER: [redacted] FACILITY: Custer

The nature and purpose of treatment including antidepressants, antipsychotics, sedatives, anxiolytics and anticonvulsants have been fully explained to me and I am satisfied with the explanation provided. By signing my name on this document, I acknowledge that I understand all the following:

1. Psychoactive medications have the potential for side effects. These side effects may involve the heart, nervous system, muscles, glands, urinary tract, bowels, blood, eyes, skin, and allergic responses. (This list is not all inclusive.) Most side effects are minor and reversible such as tardive dyskinesia, which is a movement disorder. I also understand that sudden death has been reported in association with stimulants in children with structural cardiac abnormalities.
2. Monitoring serum concentrations of some medications (e.g., lithium, valproic acid, etc.) may be necessary. Also, for patients receiving second-generation antipsychotics, baseline and follow-up monitoring of serum lipid and glucose concentrations is recommended.
3. Some medications have dependence and/or abuse potential (e.g., stimulants, sedatives, anxiolytics) and may produce serious withdrawal symptoms upon abrupt discontinuation.
4. Antidepressants may increase the risk of suicidal thinking and behavior (suicidality) in short-term studies in children, adolescents and adults with Major Depressive Disorder and other psychiatric disorders. (See Medication Guide about using Antidepressants in Children and Teenagers).
5. The improvement associated with psychoactive medications may be permanent or temporary. The medication will not cure the illness but is recommended to help control the symptoms. Without medication, the present mental condition may improve spontaneously, continue with little or no change, or worsen.
6. The medication recommended and/or dosage used may not be approved by the Food and Drug Administration for the assigned psychiatric diagnosis or for all age groups. However, data does exist to support the use for which medication is recommended.
7. The alternative to treatment with medication(s) shall be no treatment or group therapy.
8. I have the right to accept or refuse this medication treatment and the right to revoke consent at any time prior to or during treatment. This consent is being granted without threat or coercion expressed or implied. No guarantees or assurances have been made concerning the results of treatment with this medication.
9. I have been informed that if I have any questions or concerns about my mental health condition and/or medication I may contact my psychiatrist for a discussion and/or appointment.
10. I understand that the patient is to take the prescribed medication only as prescribed and only for the condition for which it is prescribed.
11. I understand that it is the responsibility of the patient or guardian of the patient to contact the doctor prescribing the psychoactive medication for questions or concerns regarding the effect, or side effects of the prescribed drug or, in the event of a medical emergency, emergency personnel.

I understand I have the right to refuse the medication(s). Upon invoking this right, I understand it will not be administered until I have consulted with a provider and given consent to receive it, except in an emergency. I understand and give my consent to the medication(s) although its use in my condition(s) may not always appear as a part of its approved labeling.

Patient/Guardian Signature: X [signature] Date: 1-27-22

Health Professional Signature: [signature] Date: 1-27-22

Witness Signature: ______ Date: ______

REVISED 12/17/20

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER / DISCONTINUE | Montelukast Sodium 10 mg Take 1 tablet every day (own) | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | JW | JW | MB | MB | MB | JW |
| ORIGINAL ORDER / DISCONTINUE | Bayer 81 mg Take 1 tablet every day | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | JW | JW | MB | MB | MB | JW |
| ORIGINAL ORDER / DISCONTINUE | Valsartan/HCTZ 320-25 Take 1 tablet every day | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | JW | JW | MB | MB | MB | JW |
| ORIGINAL ORDER / DISCONTINUE | Atorvastatin 20 mg Take 1 tablet every day | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | JW | JW | MB | MB | MB | JW |
| ORIGINAL ORDER / DISCONTINUE | Celecoxib 200 mg Take 1 capsule twice daily | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | JW | JW | MB | MB | MB | JW |
| | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | LM | [illegible] | BA | LM | MD | [illegible] |
| ORIGINAL ORDER / DISCONTINUE | Donepezil 10 mg Take 1 tablet daily | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | JW | JW | MB | MB | MB | JW |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | JW | [signature] | | | | |

LOCATION: Dorm 1
DATE OF BIRTH OR SOC. SEC. NO.: [redacted]
ALLERGIES: NKDA
DIAGNOSIS:
PATIENT NAME AND NUMBER: May, Marvin
FACILITY: Custer County, OK
CHARTING FOR: January-22 THROUGH: Feb-22

## MEDICATION ADMINISTRATION RECORD

DIAMOND
DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER / DISCONTINUE | CARVEDilol 6.25mg TAKE 1 CAPSULE TWICE DAILY | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | MB | MB | [illegible] | [illegible] |
| | | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ORIGINAL ORDER / DISCONTINUE | DILTIAZEM CD 300mg TAKE 1 CAPSULE DAILY | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | MB | | | |
| ORIGINAL ORDER / DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | JW | [illegible signature] | | | | |

LOCATION: DORM 1
DATE OF BIRTH OR SOC. SEC. NO.: [redacted]
ALLERGIES: NKDA
DIAGNOSIS:
PATIENT NAME AND NUMBER: MAY, MARVIN
FACILITY: Custer County, OK
CHARTING FOR: JANUARY 22 THROUGH: FEB. 22

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR |
| --- | --- | --- |
| ORIGINAL ORDER / DISCONTINUE | Montelukast Sodium 10mg<br>Take 1 tablet daily | 0600 |
| ORIGINAL ORDER / DISCONTINUE | Bayer 81 mg<br>Take 1 tablet daily | 0600 |
| ORIGINAL ORDER / DISCONTINUE | Valsartan/HCTZ 320/25<br>Take 1 tablet daily<br>Hold if Blood Pressure is Below 100/70 | 0600 |
| ORIGINAL ORDER / DISCONTINUE | Atorvastatin 20mg<br>Take 1 tablet daily | 0600 |
| ORIGINAL ORDER / DISCONTINUE | Celecoxib 200mg<br>Take 1 capsule twice daily | 0600<br>1800 |
| ORIGINAL ORDER / DISCONTINUE | Donepezil 10mg<br>Take 1 tablet daily | 0600 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MS | Michael Stanischon | | | JW | [illegible] | | | | |

| LOCATION | DATE OF BIRTH | ALLERGIES | DIAGNOSIS |
| --- | --- | --- | --- |
| Dorm 1 | [redacted] | NKDA | |

| PATIENT NAME AND NUMBER | FACILITY | CHARTING FOR | THROUGH |
| --- | --- | --- | --- |
| May, Marvin | Custer County, OK | Feb-22 | March-22 |

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.4209

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARVEDILOL 6.25MG TAKE 1 CAPSULE TWICE DAILY (HOLD IF BLOOD PRESSURE IS BELOW 100/70) | 0600 | JW | JW | JW | | BL | MM 5 | | | | | | MB held | [illegible] | MH | | | | BL | | | | | | | | | | RA | | | |
| | 1800 | [illegible] | | | MM | | | AS 5 | AS 5 | AS 5 | AS 5 | AS | | [illegible] | AS 5 | AS 5 | | AS 5 | AS 5 | [illegible] 5 | | | | AS 5 | AS | MB | | | MM | | | |
| DILTIAZEM CD 300MG TAKE 1 CAPSULE DAILY (HOLD IF BLOOD PRESSURE IS BELOW 100/70) | 0600 | JW | JW | JW | | BL | MM 5 | | | | | | MB held | | MH | | | | BL | | | | | [illegible] | | | | | RA | | | |
| Hold blood pressure medication if BP is below 100/70 | | | | | | BL | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Glipizide 5mg once daily | 0600 | → | → | → | | | | | BA 1 | | | | MB 6 | | MH | [illegible] | | | [illegible] | | | | | [illegible] | [illegible] | MB | MB | [illegible] | | | | |
| BLOOD PRESSURE CHECKS TWICE DAILY | 0600 | | | | | | | | | JW | JJ | | MB | [illegible] | | | DA | [illegible] | [illegible] | BL | BC | | BA | | [illegible] | | MB | MB | [illegible] | | | |
| | SYS | | | | | | | | | 99 | 134 | | 113 | 88 | | | 76 | 44 | \ | \ | 89 | | \| | | 120 | | | 109 | 84 | | | |
| | DIA | | | | | | | | | 77 | 101 | | 79 | 73 | | | 56 | | \ | \ | 57 | | \| | | 80 | | | 80 | 60 | | | |
| | PULSE | | | | | | | | | 84 | 97 | | 67 | 80 | | | 69 | | \ | \ | 79 | | \| | | 78 | | | 88 | 06 | | | |
| | 1800 | | | | | | | | AS | AS | AS | AS | | [illegible] | AS | AS | [illegible] | AS | AS | [illegible] | [illegible] | | | AS | AS | MB | | | MM | | | |
| | | | | | | | | | 81 | ERROR | ERROR | 120 | | 134 | ERROR | 94 | 83 | 87 | 85 | 85 | 112 | | | ERROR | ERROR | 100 | | | 111 | | | |
| | | | | | | | | | 64 | | | 100 | | 82 | | 69 | 50 | 69 | 66 | 59 | 82 | | | | | 56 | | | 76 | | | |
| | | | | | | | | | 77 | | | 75 | | 42 | | 63 | 65 | 81 | 72 | 74 | 80 | | | | | 71 | | | 64 | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| MD | Michael Davidson | | | JW | [illegible signature] | | | | |

LOCATION: DORM 1
DATE OF BIRTH OR SOC. SEC. NO.: [redacted]
ALLERGIES: NKDA
DIAGNOSIS:
PATIENT NAME AND NUMBER: MAY, MARVIN
FACILITY: CUSTER COUNTY, OK
CHARTING FOR: FEB-22 THROUGH: MARCH-22

# MEDICATION ADMINISTRATION RECORD

DIAMOND
**DIAMOND PHARMACY SERVICES**
1.800.882.6337 FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 2-10 DISCONTINUE | FSBS twice weekly | 0600 | | | | | | | | | | | | | | | | | | BA | | | BA | | | | | | | BA | | | |
| ORIGINAL ORDER 2-10 DISCONTINUE | Wound care: Clean and apply bactroban ointment once daily and leave uncovered to air dry | 0600 | → | → | → | → | → | → | → | → | → | → | AS | [illegible] | [illegible] | BA | [illegible] | [illegible] | LM | BA | | | \| | BAB | | | | | | BA | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

LOCATION | DATE OF BIRTH OR SOC. SEC. NO. [redacted] | ALLERGIES NKDA | DIAGNOSIS

PATIENT NAME AND NUMBER May, Marvin | FACILITY Custer | CHARTING FOR February | THROUGH 2022

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER / DISCONTINUE | Montelukast Sodium 10mg Take 1 Tablet Daily | 0600 | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | | [initials] | [initials] | [initials] | | [initials] | | [initials] | [initials] | JW | JW | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | 2 | H | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Bayer Asprin 81mg Take 1 tablet Daily | 0600 | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | | [initials] | [initials] | [initials] | | [initials] | | [initials] | [initials] | JW | JW | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | 2 | H | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Valsartan/HCTZ 320/25 Take 1 Tablet Daily Hold if Blood Pressure is Below 100/70 | 0600 | [initials] | [initials] | [initials] | [initials] | | [initials] | | | [initials] | | | | [initials] | | | | JW | JW | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | 2 | H | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Atorvastatin 20mg Take 1 Tablet Daily | 0600 | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | | | [initials] | [initials] | [initials] | | [initials] | | [initials] | [initials] | JW | JW | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | 2 | H | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Celecoxib 200mg Take 1 Capsule Twice Daily | 0600 | [initials] | [initials] | [initials] | [initials] | | [initials] | [initials] | | [initials] | [initials] | [initials] | | [initials] | | [initials] | [initials] | JW | JW | | | | | | | | | | | | | |
| | | | \ | \ | | | | 6 | 6 | | \ | 6 | 6 | | | | 6 | 6 | 6 | H | | | | | | | | | | | | | |
| | | 1800 | [initials] | | | | [initials] | R | | | [initials] | JW | | | [initials] | | [initials] | [initials] | [initials] | H | | | | | | | | | | | | | |
| | | | 6 | | | | 6 | 6 | | | 6 | 6 | | | 6 | | 6 | 6 | 6 | H | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Finger Stick Blood Sugar Checks Twice Weekly | 0600 | [initials] | | [initials] | [initials] | | [initials] | | [initials] | [initials] | | | | [initials] | [initials] | | | JW | JW | | | | | | | | | | | | | |
| | | | 94 | | | | | 1 | | 101 | 1 | | | | | 100 | | | 2 | H | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| MD | Michael Davidson | | | JW | Jul Wat | | | | |

LOCATION: Cell 118 | DATE OF BIRTH OR SOC. SEC. NO.: [redacted] | ALLERGIES: NKDA | DIAGNOSIS:

PATIENT NAME AND NUMBER: May, Marvin | FACILITY: Custer County, OK | CHARTING FOR: 3-22 | THROUGH:

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER / DISCONTINUE | Wound Care: [illegible] Clean ! Apply Triple Antibiotic once daily | 0600 | [illegible] | | [illegible] | [illegible] | | | [illegible] | | [illegible] | [illegible] | | | | [illegible] | | | JW 2 | JW H | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Blood Pressure Checks Twice Daily ↓ | 0600 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | JW | JW | | | | | | | | | | | | | |
| | | SYS | 148 | 108 | 97 | [illegible] | 102 | 108 | 84 | [illegible] | [illegible] | 78 | 84 | | 105 | [illegible] | 87 | 80 | 2 | H | | | | | | | | | | | | | |
| | | DIA | 80 | 72 | 10 | 83 | 77 | 80 | 64 | 65 | [illegible] | 62 | 64 | | 78 | 80 | 63 | 59 | 2 | H | | | | | | | | | | | | | |
| | | Pulse | 66 | 57 | 50 | 61 | 66 | 75 | 65 | 74 | [illegible] | 71 | 66 | | 79 | 70 | 66 | 51 | 2 | H | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | | 1800 | MB | | | | | K | | | [illegible] | [illegible] | | | MB | [illegible] | [illegible] | MB | | | | | | | | | | | | | | | |
| | | SYS | 115 | | | | | 83 | | | 79 | | | | 82 | 88 | [illegible] | 86 | | | | | | | | | | | | | | | |
| | | DIA | 78 | | | | | 69 | | | 62 | 6 | | | 64 | 67 | 51 | 62 | | | | | | | | | | | | | | | |
| | | Pulse | 67 | | | | | 69 | | | 80 | | | | 65 | 63 | 48 | 53 | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Glipizide 5mg Take 1 Tablet once Daily | 0600 | [illegible] | | [illegible] | [illegible] | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | JW 2 | JW H | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Carvedilol 6.25mg Take 1 Capsule Twice Daily Hold if Blood Pressure is Below 100/70 | 0600 | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | | [illegible] | | | | [illegible] | [illegible] | | | JW 2 | JW H | | | | | | | | | | | | | |
| | | 1800 | MB | | | | MB | | | | | JW | | | MB MB | | [illegible] | MB Not given | JW | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Diltiazem CD 300mg Take 1 Capsule Daily Hold if Blood Pressure is Below 100/70 | 0600 | M | [illegible] | [illegible] | [illegible] | | [illegible] | | | [illegible] | | | | [illegible] | [illegible] | | | JW 2 | JW H | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| MB | Michael [illegible] | | | JW | [illegible] | | | | |

LOCATION: 118
DATE OF BIRTH OR SOC. SEC. NO. [redacted]
ALLERGIES: NKDA
DIAGNOSIS:
PATIENT NAME AND NUMBER: May, Marvin
FACILITY: Custer County, OK
CHARTING FOR:
THROUGH:

# Chronic Care Note

Facility: Custer County Telemed DOV: 2/3/2022

Name: Marvin May DOB: [redacted]

Allergies: NKDA

Clinic: ☒Cardiovascular: HTN, HLD ☒Pulmonary: COPD
☐Liver Disease ☐OncologyClick or tap here to enter text.
☒Neuro: Alzheimer ☒Endocrine: DM
☐Infectious DiseaseClick or tap here to enter text. ☒Other: RA

***S:*** History: Pt present for initial CC visit. Provider is familiar with pt due to being transferred from Canadian Co. Pt denies concerns in treatment plan. Per officer, pt has not eaten or showered in 7 days. Pt report being "fine". Denies fatigue, chills, fever, or any abnormalities at this time. Provider is aware of pts worsening Alzheimer disease.
Complaints/Problems: Denies CP, palpitations, SOB, NV

***O:*** Current Medications:
☒Compliant ☐Non-Compliant ☐Compliance Unknown

Vital Signs:
Wt. Click or tap here to enter text. Pulse: 65
O2sat: 97% Temp: 97.5
BP: 91/73 Resp: 19
Ht: Click or tap here to enter text. BMI: Click or tap here to enter text.

Lab Results: FSBS-144

General: NAD☒ AAOx4☒ Well Nourished☐ Thin☐ Obese☐

Skin: Rash/Lesion☐ Warm☐ Dry ☐ Click or tap here to enter text.

HEENT: NC/AT☐

Neck: Thyromegaly☐ Jugular distention☐

Heart: RRR☒ per nurse assessment

Lungs: No SOB☒ CTA☒ per nurse assessment Wheezes☐ Crackles☐

Abd: Soft☒ NBSx4☒ Tenderness RUQ☐ RLQ☐ LUQ☐ LLQ☐
Suprapubic☐ Epigastric☐

Extremities: Pt is unable to ambulate safely alone; assistance needed via wheelchair
Edema☐ Clubbing☐ Cyanosis☐ Gait Normal☐

Neuro: CN's II-XII Grossly Intact☐

Assessment/Diagnosis: Degree of Control: Good
1.HTN
2. DM
3.Alzhiemer

Plan:
Medications: Place parameters on pt's BP meds; if BP <100/70 do not give BP medication.
Diagnostics:
Lab:
Monitoring: Monitor BP BID x7days
Referral: ☐Discharge from Chronic Care
Next Visit: ☐ 30 ☐ 60 ☒ 90, week of 5/3/22 ☐ Other
Education: ☒Nutrition ☒Exercise ☒Medications ☐Test results ☒Disease

Provider: T. Carey, APRN Date: 2/3/2022

T. Carey, AGNP-C

Turn-Key HEALTH

## WOUND CARE NOTES

Name: May, Marvin ID#/DOB: [redacted] Facility: Custer Unit: ______

Prior Antibiotic: ______ Completion Date: ______ Current Antibiotic ______ Start Date: ______

| | | | |
|---|---|---|---|
| Dressing Date \ Time: 2-11-22 | Dressing Date \ Time: | Dressing Date \ Time: | Dressing Date \ Time: |
| Staff Signature: [signature] | Staff Signature: | Staff Signature: | Staff Signature: |
| Wound Site: Right hip | | | |
| WOUND DESCRIPTION:<br>☐ Healed<br>✔ % pink – Epithelization<br>☐ % Red – Granulation<br>☐ % Yellow – Slough<br>☐ % Black – Necrotic<br>☐ % Green – Infected<br>Length: 2 Unchanged<br>Width: 2 Unchanged<br>Depth: Unchanged | WOUND DESCRIPTION:<br>☐ Healed<br>☐ % pink – Epithelization<br>☐ % Red – Granulation<br>☐ % Yellow – Slough<br>☐ % Black – Necrotic<br>% Green – Infected<br>Length: Unchanged<br>Width: Unchanged<br>Depth: Unchanged | WOUND DESCRIPTION:<br>☐ Healed<br>☐ % pink – Epithelization<br>☐ % Red – Granulation<br>☐ % Yellow – Slough<br>☐ % Black – Necrotic<br>☐ % Green – Infected<br>Length: Unchanged<br>Width: Unchanged<br>Depth: Unchanged | WOUND DESCRIPTION:<br>☐ Healed<br>☐ % pink – Epithelization<br>☐ % Red – Granulation<br>☐ % Yellow – Slough<br>☐ % Black – Necrotic<br>☐ % Green – Infected<br>Length: Unchanged<br>Width: Unchanged<br>Depth: Unchanged |
| EXUDATE / TYPE / ODOR<br>(None) Serous (None)<br>Low Purulent Foul<br>Moderate Serosanguineous<br>Heavy | EXUDATE / TYPE / ODOR<br>None Serous None<br>Low Purulent Foul<br>Moderate Serosanguineous<br>Heavy | EXUDATE / TYPE / ODOR<br>None Serous None<br>Low Purulent Foul<br>Moderate Serosanguinous<br>Heavy | EXUDATE / TYPE / ODOR<br>None Serous None<br>Low Purulent Foul<br>Moderate Serosanguinous<br>Heavy |
| SURROUNDING SKIN:<br>✔ Healthy<br>☐ Discolored<br>☐ Inflamed<br>☐ Heat | SURROUNDING SKIN:<br>☐ Healthy<br>☐ Discolored<br>☐ Inflamed<br>☐ Heat | SURROUNDING SKIN:<br>☐ Healthy<br>☐ Discolored<br>☐ Inflamed<br>☐ Heat | SURROUNDING SKIN:<br>☐ Healthy<br>☐ Discolored<br>☐ Inflamed<br>☐ Heat |
| PAIN SCORE:<br>0-10 5/10<br>(Intermittent)<br>Continuous<br>During dressing Change | PAIN SCORE:<br>0-10 ______<br>Intermittent<br>Continuous<br>During dressing Change | PAIN SCORE:<br>0-10 ______<br>Intermittent<br>Continuous<br>During dressing Change | PAIN SCORE:<br>0-10 ______<br>Intermittent<br>Continuous<br>During dressing Change |
| Dressing Note: TA ơ | Dressing Note: | Dressing Note: | Dressing Note: |



Revised 12/16/2020

TURN KEY HEALTH

## PROVIDER ORDERS

NAME: Marvin May DOB/ID#: [redacted] FACILITY: Custer
ALLERGIES NKDA

| DATE/TIME | PROVIDER ORDERS | NOTED BY / DATE / TIME |
|---|---|---|
| 2/3/22 | Substitute pts Janumet for: Glipizide 5mg PO daily | A. Carey APRN-C |
| | ~~Substitute pts Aricept for:~~ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REVISED 2-1-18

TURN KEY HEALTH

# PROVIDER ORDERS

NAME: Marvin May DOB/ID#: [redacted] FACILITY: Custer
ALLERGIES NKDA

| DATE/TIME | PROVIDER ORDERS | NOTED BY / DATE / TIME |
| --- | --- | --- |
| 2/3/22 | Substitute pts Janumet for: Glipizide 5mg PO daily | A. Carey APRN-C |
| | ~~Substitute pts Afrezza for:~~ | |
| | Noted | 2.3.22 LPN 1200 |
| | | |
| | | |
| | | |
| | | |
| | | |

REVISED 2-1-18

Turn-Key HEALTH

## PROVIDER ORDERS

NAME: May, Marvin DOB/ID#: [redacted] FACILITY: Custer
ALLERGIES NKDA

| DATE/TIME | PROVIDER ORDERS | NOTED BY / DATE / TIME |
|---|---|---|
| 2-10-22 0900 | Clean area and apply bactroban ointment daily. Leave uncovered to air dry. TORB: APRN T. Carey | [signature] 2-10-22 0900 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REVISED 12/16/20

# TURN KEY HEALTH

## WAIVER OF TREATMENT/EVALUATION

(Form must be completed in its entirety)

PATIENT MAY, M. Date 3-17-22 Time

I certify that I am refusing to consent to the following treatment/procedure/diagnostic test/medication/outside referral/laboratory at my own insistence and against the advice of the health care provider.

1. Refusal for: AM MEDS

Reason for the refusal:

2. I have been informed by a qualified healthcare professional of the risks attendant to my refusal. These include: proper monitoring to prevent life threatening complication, possible delay in wound care healing, increase of infection risk possible death due to delay

3. During the clinical interview which included counseling and education, the qualified healthcare professional has given me the opportunity to ask questions and has answered my questions.

4. I assume full responsibility for any results caused by my decision and I hereby release the institution, its employees, officers, and the provider from all legal responsibility and liability.

5. I certify that I am of sound mind and have read, or had read to me, and fully understand the above information concerning my refusal to accept treatment/evaluation and have had an opportunity to ask questions before I affix my signature.

6. I understand I may retract my decision and receive the treatment/procedure/diagnostic test/medication/outside referral/laboratory, although consequences due to the delay may result.

nature Date

Qualified Healthcare Professional Date

[signature] 3-17-22

Witness Date

refuses to sign such a statement, he/she cannot be forced to do so legally nor may release be withheld until . If this occurs, the form should be filled out, witnessed by two facility personnel and the statement n the form, "SIGNATURE REFUSED".

134997

39021 : MAY, MARVIN G

Custer County, OK Acct: custerOK-3543 2/3/2022 9:31:45 AM

| By: JULIEW | | Prior Balance: $4.21 |
|---|---|---|
| Bill | Medical : MEDICAL CHARGE FOR PROVIDER VISIT (CAREY,T) | $15.00 CHRG |
| BillPay | PAYMENT FOR TRANS 134997 | -$2.10 |

Sign: ______________________

| | |
|---|---|
| Main Balance: | $2.11 |
| Held: | $619.53 |
| Medical Debt: | $12.90 |

# BOOKING CHECKLIST

INMATE NAME: May, Marvin DATE: 01/25/2022

BOOKING # 39021

D/O INITIAL EACH TASK WHEN COMPLETED BEFORE FILING.....

CCC COVID SCREENING

CCC UPDATE PERSONAL INFORMATION IE: PICTURE, ADDRESS, PHONE, HEIGHT, WEIGHT

NA 1F FOREIGN BORN PERSON **SEE INSTRUCTIONS ON THE BACK**

CCC UPDATE BOOKING INFORMATION IE: ~~SEARCH OFFICER, PHONE CALLS-LOG REFUSAL~~

CCC UPDATE ARREST INFORMATION IE: EDIT TIME, OFFICER, IMPOUDED VEH. INFO

CCC VERIFY PROPERTY BAG #, PIC IN POCKET, DOCUMENT SECURE BAG #S & CONTRABAND. **(PLACE CONTRABAND IN BOX IN PROPERTY ROOM***NOT IN THE BOOKING DRAWERS***).**

CCC COMPLETE MEDICAL QUESTIONAIRE AND IF THEY SAY THEY TAKE OR HAVE MEDS: COMPLETELY FILL OUT **"PROTOCOL MEDICATION VERIFICATION FORM & CONTACT DOCTOR"**

CCC ADD EMERGENCY CONTACT

CCC OPEN LOCKDOWN ACCOUNT **(CHECK FOR EXISTING ACCOUNT!!! EDIT BOOKING # & OPEN)** (PRINT COMMISSARY PIN FOR INMATE)**

CCC UPDATE BOARD

CCC FINGERPRINT (IF NEEDED)

NA FEMALES THAT ARE OR MAY BE PREGANANT – PERFORM US AND PREGNANCY TEST

CCC CHECK FOR HEAD LICE – SHAMPOO AND ISOLATE INMATE IF FOUND

PRIMARY BOOKING OFFICER [signature]

SECONDARY BOOKING OFFICER (IF NEEDED)________________

*FOREIGN BORN – IMMIGRATION:

**IF SUBJECT IS A PROCESS ONLY....THIS DOES NOT APPLY.....YOU CAN CLEAR & RELEASE THEM

1. BEFORE YOU CALL YOU WILL NEED THE FOLLOWING
   A. NAME B. DATE OF BIRTH C. BOOKING NUMBER D. FBI NUMBER IF AVAILABLE.
2. CALL ICE AT 214-437-2439
3. IDENTIFY YOURSELF WITH THE CUSTER COUNTY SHERIFF'S OFFICE AND ADVISE THEM YOU ARE WANTING TO CHECK A FOREIGN BORN CITIZEN.
4. THEY WILL ASK YOU FOR THE INFORMATION LISTED IN #1 AND THEN WILL ASK TO SPEAK TO THE INMATE.
5. ONCE THEY ARE DONE SPEAKING WITH THE INMATE THEY WILL REQUEST TO SPEAK TO YOU AT THAT TIME.
6. THEY WILL ADVISE WHETHER THEY WOULD LIKE / WOULD NOT LIKE TO PLACE A DETAINER (HOLD) ON THE SUBJECT.

IF THEY WISH TO PLACE A DETAINER: WAIT FOR THE PAPERWORK TO COME ON THE FAX (SHOULD BE THERE WITHIN 10 MINUTES-IF YOU HAVE COMPLETED THE REST OF THE BOOKING AND HAVE STILL NOT RECIEVED THE PAPERWORK CALL THEM BACK). ONCE YOU HAVE THE DETAINER PAPERWORK YOU MUST SERVE THE INMATE AND **FILL OUT THE BOTTOM OF THE SHEET ***WE NO LONGER FAX THE DETAINER BACK NOW SHOWING THE SUBJECT SERVED***WE ONLY FAX ONCE DONE HERE TO START THE 48 HR HOLD.** PLACE A HOLD NOTE ON ODIS (JAIL-HOLD-HOLD INMATE) WITH YOUR INITIALS INDICATING AN ICE HOLD HAS BEEN PLACED AND **ALSO ADD A NEW CASE AND PUT THE HOLD INFORMATION.** IF THE SUBJECT DOES NOT HAVE LOCAL CHARGES DISPATCH NEEDS TO BE NOTIFIED IMMEDIATELY. IF NOT MAKE 2 COPIES OF THE PAPERWORK PLACING ONE IN THE BOX TO GO ACROSS THE HALL AND THE OTHER IN TRACYS BOX. PLACE THE ORIGINAL IN THEIR BOOKING FOLDER.

IF THEY DO NOT WISH TO PLACE A DETAINER: YOU WILL NOT RECEIVE ANY PAPERWORK FROM ICE. JUST PLACE A HOLD ON ODIS (JAIL-HOLD-HOLD INMATE). WITH THE DATE/TIME/SUBJECT YOU TALKED TO, THAT THEY DID NOT WISH TO PLACE A HOLD AND YOUR INITIALS.

**CONSULATE:

_________ ASK FOREIGN BORN INMATE "DO YOU WANT YOUR CONSULATE NOTIFIED OF YOUR ARREST/DETENTION"? (SEE INSTRUCTION SHEET PROVIDED TO STAFF WITH STEPS TO FOLLOW)

# Coronavirus Disease 2019 (COVID-19) Screening Process

Screen all individuals for symptoms upon arrival to the facility.

Staff: when reporting to work  Detainee/Patient: during the booking process if possible

SCREENING (check one): ☑ Detainee: Name May, Marvin DOB [redacted]
☑ Staff: Name Corey Carter
☐ Other:

Additional Information (optional):

| SCREENING | | | | | |
|---|---|---|---|---|---|
| Symptom | YES | NO | Symptom | YES | NO |
| Fever (If YES, temp: 97.00 ) | | ✓ | Headache | | ✓ |
| Cough | | ✓ | Sore Throat | | ✓ |
| Difficulty Breathing | | ✓ | Chills or Shivering | | ✓ |
| Muscle or Body Aches | | ✓ | New Loss of Taste or Smell | | ✓ |
| Fatigue | | ✓ | Congestion or Runny Nose | | ✓ |
| Nausea or Vomiting | ✓ | | Diarrhea | | ✓ |
| In the past 14 days, have you had close contact with:<br>• Anyone known to have laboratory-confirmed COVID-19?<br>• Anyone who has symptoms consistent with COVID-19? | | | | ☐ YES | ☑ NO |
| Are you isolating or quarantining because you may have been exposed to someone with COVID-19 or are worried that you may be sick with COVID-19? | | | | ☐ YES | ☑ NO |
| Have you recently tested positive for COVID-19?<br>If YES, where were you tested? | | | | ☐ YES | ☑ NO |

## If YES to any of the above questions, consider the following actions:

| DETAINEE | STAFF | OTHER |
|---|---|---|
| • Isolate/quarantine, if possible<br>• Have the patient wear a standard mask (not an N-95)<br>• Instruct the patient to cover their mouth and nose with a tissue or sleeve when coughing or sneezing; encourage hand washing<br>• Contact your local health department for potential testing information AND notify Medical Dept | • Send employee home to self-quarantine<br>• Consult local health dept to determine length of quarantine<br>• Return to work when quarantine is complete if no symptoms are present. | • Do NOT allow entry into facility |

These individuals may be referred to as a person under investigation (PUI) for COVID-19.

## If NO to all questions:

- Individual should NOT be considered a risk at this time – no further action required.
- If symptoms appear at a later time, repeat the screening process.

Corey Carter
Officer/Nurse Signature

Date 01/25/2022

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# INMATE MEDICAL QUESTIONNAIRE

| BOOKING INFORMATION | | | | | |
|---|---|---|---|---|---|
| Inmate | MAY, MARVIN GENTRY | Sex | M | DOB | [redacted] |
| Booking No | 39021 | Booked Date | 01/25/2022 13:31 | Booked Type | FULL BOOKING |

| EMERGENCY CONTACT INFORMATION | | | |
|---|---|---|---|
| Name | | Relationship | |
| Address / Phone | | | |

I have read and answered the following medical questions accurately.

| ........................................ | ........................................ | ........................................ |
|---|---|---|
| Inmate Signature | Officer Signature | Date Time |

| No | Category | Description | Answer | Explaination |
|---|---|---|---|---|
| 1 | Visual Assesment | DISPLAYS SIGNS OF DELIRIUM OR MENTAL INSTABILITY | NO | |
| 2 | Visual Assesment | OBVIOUS FEVER, SWOLLEN LYMPH NODES, JAUNDICE, OTHER EVIDENCE OF INFECTION? | NO | |
| 3 | Visual Assesment | POOR SKIN CONDITION, RASHES, SKIN INFECTIONS, BITES OR NEEDLE MARKS? | NO | |
| 4 | Visual Assesment | SIGNS OF INTOXICATION? | NO | |
| 5 | Visual Assesment | VISIBLE SIGNS OF ALCOHOL OR DRUG WITHDRAWAL? | NO | |
| 6 | Visual Assesment | VISIBLE SIGNS OF DENTAL PROBLEMS? | NO | |
| 7 | Visual Assesment | VISIBLE SIGNS OF PHYSICAL DEFORMITIES OR PROBLEMS COMMUNICATING? | NO | |
| 8 | Visual Assesment | VISIBLE SIGNS OF TRAUMA OR ILLNESS REQUIRING IMMEDIATE MEDICAL OR DOCTORS CARE? | NO | |
| 9 | Visual Assesment | VISUAL SIGNS OF TRAUMA REQUIRING NON-EMERGENCY MEDICAL FOLLOW-UP | NO | |
| 10 | Do you have / Ever Had | Do you currently take medications perscribed by a Doctor? | YES | YES DO NOT KNOW NAMES |
| 11 | Do you have / Ever had | DO YOU HAVE ANY CURRENT OR PAST MEDICAL CONDITIONS THAT WE SHOULD BE AWARE OF? | NO | |
| 12 | Do you have / Ever had | HAVE YOU EVER ATTEMPTED SUICIDE, OR ARE YOU FEELING SUICIDAL NOW? | NO | |

**INMATE MEDICAL QUESTIONNAIRE** (Continued)

**Inmate : MAY, MARVIN GENTRY - Booking Number : 39021**

I have read and answered the medical questions accurately.

X MARVIN G MAY ...... Inmate Signature ...... Officer Signature ...... 01/25/2022 Date Time

| No | Category | Description | Answer | Explaination |
|---|---|---|---|---|
| 13 | Do you have / Ever had | HAVE YOU EVER BEEN DIAGNOSED WITH A MENTAL HEALTH DISORDER? BY WHOM? IF SO, ARE YOU CURRENTLY RECEIVING MENTAL HEALTH TREATMENT? WHERE? | NO | |
| 14 | Do you have / Ever had | IF YOU ARE APPROVED MEDICATIONS BY OUR FACILITY MEDICAL AUTHORITY, DO YOU AUTHORIZE THE CUSTER COUNTY JAIL TO FILL THE APPROVED PERSCRIPTIONS AT YOUR EXPENSE? | YES | YES CCC |
| 15 | Do you have / Ever had | IF YOU TAKE MEDICATIONS PERSCRIBED BY A DOCTOR , WHAT PHARMACY DISPENCED YOUR MOST RECENT MEDICATION? | YES | SEND IT TO HIS HOUSE |
| 16 | Do you have / Ever had | IF YOU TAKE MEDICATIONS PERSCRIBED BY A DOCTOR , WHEN WAS YOUR LAST PERSCRIPTION FILLED? | YES | EVERY 3 MTHS |
| 17 | Female Question | ARE YOU PREGNANT? __YES __NO (IF YES) LAST PERIOD:__________ | NO | |
| 18 | Female Question | DO YOU HAVE ANY FEMALE MEDICAL PROBLEMS THAT MAY REQUIRE ATTENTION OR WOULD LIKE TO DISCUSS WITH FEMALE STAFF? ___ YES ___ NO | NO | |
| 19 | General Question | ALCOHOL AND DRUG HISTORY: ARE YOU ADDICTED TO ANY DRUGS OR ALCOHOL? IF SO DO YOU EXPECT TO EXPERIENCE WITHDRAWALS ? | NO | |
| 20 | General Question | Are you allergic to any medications - Over the counter or prescribed? | NO | |
| 21 | General Question | Do you have any food allergies or verifiable diet requirements? | NO | |
| 22 | General Question | DO YOU NEED TO SEE THE JAIL NURSE/DOCTOR FOR A MEDICAL CONDITION? YES___ NO___ | NO | |
| 23 | General Question | Have you been advised that All medications and medical services acquired for you by the Custer County jail will be charged to you? | YES | ADVISED CC |
| 24 | General Question | What is your confirmed height?_______ | YES | 5'10" |
| 25 | General Question | What is your confirmed weight?________ | YES | 240 |

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

**JAIL INCIDENT**

**Incident Number** 2021-0219 **Incident Date** 08/01/2021 21:50
**Recorded By** HERRERA, MONTSE

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**
[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MEDICAL

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 38296]

**Narrative**
D/O RIVERS CALLED ME TO GO INTO DORM 2 WITH D/O CLINE. I WENT OVER THERE AND NOTICED D/O CLINE NEXT TO I/M MAY, MARVIN AS HE WAS LAYING IN BED COMPLAINING OF CHEST PAINS, BELIEVED TO BE HAVING A HEART ATTACK. BROUGHT UP TO BOOKING FOR FURTHER EVALUATION.

**Investigation**
D/O FORREST BEGAN TO TAKE I/M MAY BLOOD PRESSURE, O2STATS, AND PULSE. BLOOD PRESSURE WAS 173/106, PULSE WAS 77, AND O2STAT WAS 95 TO BEGIN WITH. CALLED DOCTOR MALACHI TO ADVISE US WHAT TO DO NEXT. DOCTOR SAID TO GIVE INMATE ONE DOSE OF NITRO EVER 5 MINS AS NEEDED. IF BY THIRD DOSAGE WAS NOT IMPROVING, TO CALL EMS. D/O FORREST GAVE SECOND DOSAGE AND I/M MAY BEGAN TO SLOWLY FEEL BETTER. ADVISED DOCTOR WHAT READINGS WERE, AND HE SAID EVERYTHING SOUNDED FINE. ENDING RESULTS WERE BLOOD PRESSURE OF 155/90, O2STAT OF 94, AND PULSE OF 75 AT 22:53 LAST RECORDED.

**Disposition**
AFTER I/M STAYED CALMED DOWN WITH HAVING STEADY STATS, I/M MAY WAS SENT BACK TO DORM 2. TOLD HIM IF HE BEGAN HURTING, TO CONTACT US IMMEDIATELY. ADVISED DORM CELLMATES AS WELL.

**Officer Signature** :............................................................ **Date** :............................

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

**JAIL INCIDENT**

| | | | |
|---|---|---|---|
| **Incident Number** | 2022-0046 | **Incident Date** | 02/02/2022 12:44 |
| **Recorded By** | WARNKE, JULIE | | |

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**
[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MAY, MARVIN

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 39021]

**Narrative**
ON 2/2/22 INMATE FOSTER, B STATED THAT INMATE MAY, M HASN'T EATEN FOR SEVERAL DAYS AND REFUSING TO SHOWER. I HAD INMATE MAY, M MOVED TO CELL 118 IN THE BOOKING AREA TO BE MONITORED FOR HIS BEHAVIOR AND EATING HABITS. HE IS TO BE OFFERED A PROTEIN SHAKE WITH EVERY MEAL & CHARTED ON ODIS IF HE EATS HIS MEAL OR DRINKS HIS SHAKE PER LT STANFORD.

**Investigation**

**Disposition**

**Officer Signature** :................................................ **Date** :..........................

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

## JAIL INCIDENT

| | | | |
|---|---|---|---|
| **Incident Number** | 2022-0046 | **Incident Date** | 02/02/2022 12:44 |
| **Recorded By** | WARNKE, JULIE | | |

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**

[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MAY, MARVIN

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 39021]

**Narrative**
ON 2/2/22 INMATE FOSTER, B STATED THAT INMATE MAY, M HASN'T EATEN FOR SEVERAL DAYS AND REFUSING TO SHOWER. I HAD INMATE MAY, M MOVED TO CELL 118 IN THE BOOKING AREA TO BE MONITORED FOR HIS BEHAVIOR AND EATING HABITS. HE IS TO BE OFFERED A PROTEIN SHAKE WITH EVERY MEAL & CHARTED ON ODIS IF HE EATS HIS MEAL OR DRINKS HIS SHAKE PER LT STANFORD. THERE ARE PROTIEN SHAKES IN THE BLUE CLOSET IN MEDICAL. E.O.R.

**Investigation**

**Disposition**

**Officer Signature** :............................................................ **Date** :.............................

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

## JAIL INCIDENT

**Incident Number** 2022-0051 **Incident Date** 02/03/2022 09:34
**Recorded By** WARNKE, JULIE

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ X ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**
[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MAY, MARVIN

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 39021]

**Narrative**
INMATE MAY, MARVIN WAS BROUGHT TO MEDICAL IN WHEELCHAIR FOR MEDICAL VISIT. BEFORE THE PROVIDER VISIT THE NURSE STACIA AND I ENCOURAGED HIM TO DRINK A PROTEIN SHAKE AND HE REFUSED TO DRINK IT BUT DRANK SOME WATER. INMATE MAY WAS SEEN BY THE PROVIDER (CAREY,T). AFTER THE VISIT, SHE STATED THAT HIS MENTAL CONDITION APPEARED TO BE DETERIORATING RAPIDLY AND THAT WHEN SHE HAD SEEN HIM AT THE PREVIOUS COUNTY HE WAS TRANSPORTED AROUND VIA WHEELCHAIR AT THAT FACILITY ALSO. STACIA AND I LET THE PROVIDER KNOW THAT HE WAS MOVED TO BOOKING YESTERDAY BECAUSE HE WASN'T EATING OR SHOWERING WHILE HE WAS IN THE DORM HOUSING. PROVIDER CAREY SAID THAT SHE WANTED TO NOTIFY ADULT PROTECTIVE SERVICES ABOUT HIS WELL BEING DUE HIS DETERIORATING MENTAL STATE.

**Investigation**

**Disposition**

**Officer Signature** [signature] **Date** 2-3-22

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

**JAIL INCIDENT**

**Incident Number** 2022-0067 **Incident Date** 02/09/2022 12:52
**Recorded By** WARNKE, JULIE

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ X ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**
[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MAY, MARVIN

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 39021]

**Narrative**
D/O LOPEZ AND I ASSISTED INMATE MAY,M WITH HIS SHOWER AND AFTERWARDS ENCOURAGED HIM TO EAT HIS LUNCH MEAL. INMATE MAY SAID WORDS TO THE EFFECT OF HE WASN'T HUNGRY. I ASKED INMATE MAY IF HE WOULD EAT SOME SCRAMBLED EGGS AND HE SAID WORDS TO THE EFFECT OF YES HE WOULD EAT. D/O LOPEZ BROUGHT THE SCRAMBLED EGGS TO INMATE MAY AND HE ATE A SMALL PORTION OF THE EGGS AND THEN REFUSED THE REST. D/O WARNKE OFFERED INMATE MAY A COOKIE AND HE TOOK A SMALL BITE OF IT AND REFUSED IT AS WELL. INMATE MAY DID DRINK SEVERAL CUPS OF WATER DURING THIS TIME. E.O.R.

**Investigation**

**Disposition**

**Officer Signature** :............................................................ **Date** :..............................

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

## JAIL INCIDENT

**Incident Number** 2022-0067 **Incident Date** 02/09/2022 12:52
**Recorded By** WARNKE, JULIE

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ X ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**
[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MAY, MARVIN

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 39021]

**Narrative**
D/O LOPEZ AND I ASSISTED INMATE MAY,M WITH HIS SHOWER AND AFTERWARDS ENCOURAGED HIM TO EAT HIS LUNCH MEAL. INMATE MAY SAID WORDS TO THE EFFECT OF HE WASN'T HUNGRY. I ASKED INMATE MAY IF HE WOULD EAT SOME SCRAMBLED EGGS AND HE SAID WORDS TO THE EFFECT OF YES HE WOULD EAT. D/O LOPEZ BROUGHT THE SCRAMBLED EGGS TO INMATE MAY AND HE ATE A SMALL PORTION OF THE EGGS AND THEN REFUSED THE REST. D/O WARNKE OFFERED INMATE MAY A COOKIE AND HE TOOK A SMALL BITE OF IT AND REFUSED IT AS WELL. INMATE MAY DID DRINK SEVERAL CUPS OF WATER DURING THIS TIME. E.O.R.

**Investigation**

**Disposition**

**Officer Signature** [signature] **Date** 2-9-22

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

## JAIL INCIDENT

| | | | |
|---|---|---|---|
| **Incident Number** | 2022-0067 | **Incident Date** | 02/09/2022 12:52 |
| **Recorded By** | WARNKE, JULIE | | |

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ X ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**
[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MAY, MARVIN

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 39021]

**Narrative**
D/O LOPEZ AND I ASSISTED INMATE MAY,M WITH HIS SHOWER AND AFTERWARDS ENCOURAGED HIM TO EAT HIS LUNCH MEAL. INMATE MAY SAID WORDS TO THE EFFECT OF HE WASN'T HUNGRY. I ASKED INMATE MAY IF HE WOULD EAT SOME SCRAMBLED EGGS AND HE SAID WORDS TO THE EFFECT OF YES HE WOULD EAT. D/O LOPEZ BROUGHT THE SCRAMBLED EGGS TO INMATE MAY AND HE ATE A SMALL PORTION OF THE EGGS AND THEN REFUSED THE REST. D/O WARNKE OFFERED INMATE MAY A COOKIE AND HE TOOK A SMALL BITE OF IT AND REFUSED IT AS WELL. INMATE MAY DID DRINK SEVERAL CUPS OF WATER DURING THIS TIME. E.O.R.

**Investigation**

**Disposition**

**Officer Signature** [signature] **Date** : 2.9.22

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

**JAIL INCIDENT**

| | | | |
|---|---|---|---|
| **Incident Number** | 2022-0119 | **Incident Date** | 03/17/2022 13:30 |
| **Recorded By** | WARNKE, JULIE | | |

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ X ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**
[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MAY, MARVIN

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 39021]

**Narrative**
I WENT TO CHECK INMATE MAY, MARVIN'S BLOOD PRESSURE AND HE REFUSED TO SET UP AND SAID WORDS TO THE EFFECT OF I'M FINE AND OKAY. I NOTICED A PAIR OF SOILED ORANGE CLOTHES AND I TOLD INMATE MAY THAT HE REALLY SHOULD GET UP AND TAKE A SHOWER, HE PULLED THE BLANKET OVER HIS HEAD AND REFUSED TO SPEAK ANYMORE. I WENT BACK IN TO RETRIEVE THE SOILED ORANGES AND AGAIN ENCOURAGED HIM TO GET UP AND TAKE A SHOWER, HE ACTED LIKE HE WAS GOING TO SET UP BUT THEN LAID BACK DOWN AND COVERED HIS HEAD

**Investigation**

**Disposition**

**Officer Signature** :............................................................ **Date** :............................

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

**JAIL INCIDENT**

| | | | |
|---|---|---|---|
| **Incident Number** | 2022-0122 | **Incident Date** | 03/18/2022 06:30 |
| **Recorded By** | LOPEZ, BRANDON | | |

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ X ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**
[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MAY, M

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 39021]

**Narrative**
THE MORNING AT 0545 OF 3/18/22 I CAME IN FOR MY SHIFT AND MEDS WERE BEING PASSED TO BOOKING INMATES. WHEN ALVARADO GOT TO I/M MAY CELL HE WAS ON THE FLOOR.D/O ALVARADO ASKED ME FOR HELP TO SIT HIM UP. THATS WHEN MAY BECAME UNRESPONSIVE.

**Investigation**
WHILE MAY WAS UNRESPONSIVE D/O ALVARADO USED AN AMMONIA PACK AND IT DID NOT WORK. AT THAT TIME WE CALLED FOR AN AMBULANCE

**Disposition**

**Officer Signature :** [signature] **Date :** 3/18/22

Custer County Sheriffs Office
P.O. Box 40 Arapaho, OK 73620
(580) 323-1616

# JAIL INCIDENT REPORT

## JAIL INCIDENT

| | | | |
|---|---|---|---|
| **Incident Number** | 2022-0121 | **Incident Date** | 03/18/2022 09:06 |
| **Recorded By** | WARNKE, JULIE | | |

[ ] Accident/ Injury (Staff or Offender)
[ ] Assault
[ ] Contraband
[ ] Use of Force / Restrains
[ ] Destruction of Property
[ ] Communication Devices
[ ] Drug / Syringe
[ ] Foods / Kitchen
[ ] Alcohol / Beer
[ X ] Information
[ ] Keys / Locks
[ ] Other
[ ] Shakedown
[ ] Visiting Problem
[ ] Weapon
[ ] Maintenance Problem
[ ] Security Threat Group

**Security Threat Group**
[ ] Admitted Gang Member
[ ] Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
[ ] Has been participating in delinquent / criminal activity with known gang member(s)
[ ] Observation confirms the individual's close association with known gang member(s)
[ ] Information from reliable information source identifies the individual as a gang member

**Incident Subject**
MAY, MARVIN

**Party Involved**
MAY, MARVIN GENTRY [ Booking No. 39021]

**Narrative**
I NOTICED INMATE MAY, M CELL DOOR OPEN AND SEVERAL DETENTION OFFICERS STANDING OVER/BESIDE INMATE MAY. I ASKED THE DETENTION OFFICERS WHAT WAS HAPPENING AND THEY SAID WORDS TO THE EFFECT OF HE ROLLED OUT OF BED AND THEY WERE ATTEMPTING TO HAVE HIM SET UP SO THAT HE COULD BE PLACED BACK ON HIS BED. AS THE DETENTION OFFICERS WERE GETTING HIM TO STAND UP, DETENTION OFFICER ALVARADO SAID THAT INMATE MAY APPEARED TO BE SLEEPY AND WAS BREATHING LOUDLY, D/O ALVARADO ASKED FOR AN AMMONIA PACKET AND MOVED THE PACKET BACK AND FORTH UNDER INMATE MAY'S NOSE, BUT HAD LIMITED RESPONSE. I HAD CONTROL OFFICER NOTIFY DISPATCH TO CALL EMS SERVICES AND I THEN NOTIFIED THE TURNKEY PROVIDER ON-CALL (MALACHI,M) AND HE SAID TO HAVE INMATE MAY SENT TO THE HOSPITAL. THE EMS WORKERS ARRIVED AND TOOK OVER. INMATE MAY WAS THEN TRANSPORTED VIA AMBULANCE TO THE ER . E.O.R.

**Investigation**

**Disposition**

**Officer Signature** [signature] **Date** : 3-18-22

OPTUM Rx®

445707985-1

**INVOICE**

| | |
|---|---|
| Invoice date: | July 20, 2021 |
| Account: | 422445213 |
| Amount due: | $0.00 |

MARVIN MAY
1000 S NILES RD
Calumet OK 73014

**Resource center**

Sign in to **myUHCmedicare.com** to:

- Make a payment or place an order
- Check benefit information
- Update your address
[OR]

Call **1.877.889.6358** to:

- Ask questions about this order or your pharmacy benefit
- Give us a health update (new medications, allergies)

## Order number 445707985-1 invoice details

| Drug number | Description | Cost |
|---|---|---|
| 310662963 | ATORVASTATIN TAB 20MG 90 day supply. See prescription label for refill information. Check With Your Doctor Or Pharmacist Before Drinking Alcoholic Beverages While Using This Medicine. Obtain Medical Advice Before Taking Nonprescription Drugs. Some May Affect The Action Of This Medicine This Medicine May Be Taken With Or Without Food | $0.00 |
| 310662966 | MONTELUKAST TAB 10MG 90 day supply. See prescription label for refill information. Obtain Medical Advice Before Taking Nonprescription Drugs. Some May Affect The Action Of This Medicine It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. | $0.00 |
| 310662968 | VALSARTAN/HCTZ TAB 320-25 90 day supply. See prescription label for refill information. Do Not Use This Medicine If You Are Pregnant Or Plan To Become Pregnant Do Not Use A Salt Substitute Without Checking With Your Doctor Or Pharmacist Consult your physician if you have diabetes. This medication may alter your blood or urine sugar. | $0.00 |
| 310662970 | CARVEDILOL TAB 6.25MG 90 day supply. See prescription label for refill information. Take With Food Obtain Medical Advice Before Taking Nonprescription Drugs. Some May Affect The Action Of This Medicine It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. | $0.00 |
| 310662972 | CARTIA XT CAP 300MG/24HR 90 day supply. See prescription label for refill information. Obtain Medical Advice Before Taking Nonprescription Drugs. Some May Affect The Action Of This Medicine It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. | $0.00 |

Total charges this order: **$0.00**
**Amount due: $0.00**

**This is not a bill.**

## About your order

**Get less paper**
Sign in to the website on your member ID card. Go to your account, then **Communication preferences** and select **Paperless**. Exclusions may apply.

**Pharmacists are here to help**
Pharmacists can help you 24 hours a day, 7 days a week. Call us if you have:
- Medication questions
- Allergies
- Changes in your health history, other health conditions
- Changes in your medication routines, including over-the-counter or herbal products you take.

**Controlled prescription monitoring**
We send information on controlled substance prescriptions to prescription drug monitoring programs as state law requires. Access to this information is limited to specific individuals for limited purposes as authorized by law.

**Easy open caps**
The orange medication bottle caps can be changed from child resistant to easy open:
1.Remove the cap, press down and turn counter clockwise.
2.Turn the cap upside down and close tightly.

**Safe medication disposal**
Visit fda.gov. Go to Drugs > Resources for you > Information for Consumers (Drugs) > Safe Disposal of Medicines

**Return policy**
In most cases, you cannot return properly dispensed medications for credit. If you have questions or need information on other disposal options, please visit the website on your member ID card or call customer service.

**Medication appearance**
Your medication may have a different size, shape, color or package than before due to a change in manufacturers. Check your prescription label.

**Side effects**
Call your doctor about medication side effects. You may report side effects to the FDA at 1-800-FDA-1088.

**Order questions**
Call the number on your member ID card and we can help answer questions about:
- Order status and timing
- Condition of your medication or order package
- Completeness of order

Note: Controlled substance prescriptions must be sent through a certified electronic prescribing system (EPCS certified). Paper or fax prescriptions will not be filled. Contact your doctor to make sure they are able to send these prescriptions electronically. State exceptions may apply.
ORX10811131_021519

# Prescription Drug Guidelines for MARVIN MAY - Rx#: 310662963

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information.

## Atorvastatin




**Pronunciation** (a TORE va sta tin)
**Brand Names: US**
| Lipitor |
**Brand Names: Canada**
| ACH-Atorvastatin Calcium | AG-Atorvastatin | APO-Atorvastatin | Atorvastatin-10 | Atorvastatin-20 | Atorvastatin-40 | Atorvastatin-80 | Auro-Atorvastatin | BIO-Atorvastatin | DOM-Atorvastatin | JAMP-Atorvastatin | Lipitor | M-Atorvastatin | Mar-Atorvastatin | MINT-Atorvastatin | MYLAN-Atorvastatin | NRA-Atorvastatin | PMS-Atorvastatin | PRIVA-Atorvastatin | RATIO-Atorvastatin [DSC] | REDDY-Atorvastatin | RIVA-Atorvastatin | SANDOZ Atorvastatin | TARO-Atorvastatin | TEVA-Atorvastatin |

**Product Dispensed:** ATORVASTATIN TAB 20MG
**Product Description:** APO/ATV20 WHITE OVAL

### What is this drug used for?

- It is used to lower bad cholesterol (LDL), lower triglycerides, and raise good cholesterol (HDL).
- It is used in some people to lower the chance of heart attack, stroke, and certain heart procedures.
- It is used to slow the progress of heart disease.
- It may be given to you for other reasons. Talk with the doctor.

### What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have liver disease or raised liver enzymes.
- If you are taking any of these drugs: Cyclosporine, gemfibrozil, glecaprevir plus pibrentasvir, letermovir, or tipranavir plus ritonavir.
- If you are pregnant or may be pregnant. Do not take this drug if you are pregnant.
- If you are breast-feeding. Do not breast-feed while you take this drug.

**This is not a list of all drugs or health problems that interact with this drug.**

**Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.**

### What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- If you have high blood sugar (diabetes), you will need to watch your blood sugar closely.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- Follow the diet and workout plan that your doctor told you about.
- If you drink grapefruit juice or eat grapefruit often, talk with your doctor.
- Avoid or limit drinking alcohol to less than 3 drinks a day. Drinking too much alcohol may raise your chance of liver disease.
- If you are 65 or older, use this drug with care. You could have more side effects.
- This drug may cause harm to an unborn baby. If you may become pregnant, you must use birth control while taking this drug. If you get pregnant, call your doctor right away.

### What are some side effects that I need to call my doctor about right away?

**WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:**

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of a urinary tract infection (UTI) like blood in the urine, burning or pain when passing urine, feeling the need to pass urine often or right away, fever, lower stomach pain, or pelvic pain.
- Weakness on 1 side of the body, trouble speaking or thinking, change in balance, drooping on one side of the face, or blurred eyesight.
- Not able to pass urine or change in how much urine is passed.
- Feeling very tired or weak.
- Feeling confused.
- Memory problems or loss.
- This drug may cause muscle pain, tenderness, or weakness. The risk may be raised if you have low thyroid function or kidney problems. It may also be raised if you take this drug with certain other drugs, or if you are 65 or older. Sometimes, a severe muscle problem may lead to kidney problems. Rarely, deaths have happened. Call your doctor right away if you have abnormal muscle pain, tenderness, or weakness (with or without fever or feeling out of sorts). Call your doctor right away if muscle problems last after your doctor has told you to stop taking this drug.
- Very bad and sometimes deadly liver problems have happened with this drug. Call your doctor right away if you have signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes.

### What are some other side effects of this drug?

**All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:**

- Diarrhea.
- Joint pain.
- Upset stomach.

- Nose or throat irritation.
- Trouble sleeping.

**These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.**

**You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.**

## How is this drug best taken?

**Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.**

- Take this drug at the same time of day.
- Take with or without food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it and go back to your normal time.
- If it has been 12 hours or more since the missed dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

**This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine. The use of this information is governed by the Lexicomp End User License Agreement, available at https://www.wolterskluwer.com/en/solutions/lexicomp/about/eula.**

---

Issue Date: July 14, 2021
Database Edition 21.3.3.002
Copyright © 2021 Clinical Drug Information, LLC and Lexi-Comp, Inc.

END: Rx# 310662963

## Prescription Drug Guidelines for MARVIN MAY - Rx#: 310662966

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information.

### Montelukast Tablets




**Pronunciation** (mon te LOO kast)
**Brand Names: US**
| Singulair |

**Product Dispensed:** MONTELUKAST TAB 10MG
**Product Description:** 1081/10MG LIGHT BROWN ROUND

**For all uses of this drug:**

- *Severe mental health problems have happened with this drug or after it has been stopped. These problems include depression or suicidal thoughts or actions. These problems can happen in people with and without a history of mental or mood problems. Watch people who take this drug closely. Call the doctor right away if any changes in mood or behavior that are new or worse occur. This includes signs like depression; thoughts or actions of suicide; not able to focus; bad or strange dreams; anxiety; hallucinations (seeing or hearing things that are not there); memory problems; sleep walking; stuttering; shakiness; trouble sleeping; trouble controlling body movements; or feeling agitated, confused, irritable, or restless. Talk with the doctor to be sure that the benefits of this drug are more than the risks.*

**For allergic reasons:**

- *This drug must only be used when other drugs cannot be used or have not worked. If you have questions, talk with the doctor.*

## What is this drug used for?

- It is used to prevent breathing problems that happen with exercise.
- It is used to treat or prevent asthma.
- It is used to ease allergy signs.
- It may be given to you for other reasons. Talk with the doctor.

**For breathing problems:**

- This drug is not to be used to treat intense flare-ups of shortness of breath. Use a rescue inhaler. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.

**This drug may interact with other drugs or health problems.**

**Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.**

## What are some things I need to know or do while I take this drug?

**For all uses of this drug:**

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

**For breathing problems:**

- Call your doctor right away if your breathing problems get worse, if your rescue inhaler does not work as well, or if you need to use your rescue inhaler more often.
- If you take this drug for asthma or allergy, do not take another dose to prevent breathing problems that happen with exercise.
- If you have asthma and taking aspirin makes it worse, avoid aspirin and nonsteroidal anti-inflammatory drugs (NSAIDs) like ibuprofen and naproxen while you take this drug.
- If you are switching to this drug from a steroid, do not stop taking the steroid all of a sudden. The dose of the steroid may need to be slowly lowered to avoid side effects. Talk with the doctor.

## What are some side effects that I need to call my doctor about right away?

**WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:**

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of a very bad skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in the mouth, throat, nose, or eyes.
- Trouble breathing that is new or worse.
- Fever.
- Flu-like signs.
- Sinus pain.
- A burning, numbness, or tingling feeling that is not normal.
- Ear pain.

## What are some other side effects of this drug?

**All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:**

- Headache.
- Stomach pain or diarrhea.
- Signs of a common cold.
- Cough.

**These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.**

**You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.**

## How is this drug best taken?

**Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.**

- Take with or without food.
- Keep taking this drug even when you are not having symptoms.
- If taking this drug to prevent breathing problems that happen with exercise, take at least 2 hours before exercise.
- If this drug is for asthma, take in the evening.

## What do I do if I miss a dose?

- Skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature protected from light. Store in a dry place. Do not store in a bathroom.
- Store in original container.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you

have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

**This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine. The use of this information is governed by the Lexicomp End User License Agreement, available at https://www.wolterskluwer.com/en/solutions/lexicomp/about/eula.**

---

Issue Date: July 14, 2021
Database Edition 21.3.3.002
Copyright © 2021 Clinical Drug Information, LLC and Lexi-Comp, Inc.

**END: Rx# 310662966**

## Prescription Drug Guidelines for MARVIN MAY - Rx#: 310662968

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information.

### Valsartan and Hydrochlorothiazide



**Pronunciation** (val SAR tan & hye droe klor oh THYE a zide)
**Brand Names: US**
| Diovan HCT |
**Brand Names: Canada**
| Diovan HCT | Valsartan-HCT | Valsartan-HCTZ |

**Product Dispensed:** VALSARTAN/HCTZ TAB 320-25
**Product Description:** M V25 BEIGE OVAL

- ***Do not take if you are pregnant. Use during pregnancy may cause birth defects or loss of the unborn baby. If you get pregnant or plan on getting pregnant while taking this drug, call your doctor right away.***

## What is this drug used for?

- It is used to treat high blood pressure.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have a sulfa allergy.
- If you are taking dofetilide.
- If you have kidney disease.
- If you are not able to pass urine.
- If you are taking a drug that has aliskiren in it and you also have diabetes or kidney problems.
- If you are breast-feeding. Do not breast-feed while you take this drug.

**This is not a list of all drugs or health problems that interact with this drug.**

**Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.**

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- If you have high blood sugar (diabetes), you will need to watch your blood sugar closely.
- Check your blood pressure as you have been told.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.
- It may take a few weeks to see the full effect.
- If you are taking a salt substitute that has potassium in it, a potassium-sparing diuretic, or a potassium product, talk with your doctor.
- If you are on a low-salt or salt-free diet, talk with your doctor.
- Talk with your doctor before using OTC products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, non-steroidal

anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen, and some natural products or aids.

- Talk with your doctor before you use alcohol, marijuana or other forms of cannabis, or prescription or OTC drugs that may slow your actions.
- Be careful in hot weather or while being active. Drink lots of fluids to stop fluid loss.
- Tell your doctor if you have too much sweat, fluid loss, throwing up, or loose stools. This may lead to low blood pressure.
- If you take cholestyramine or colestipol, talk with your pharmacist about how to take them with this drug.
- Watch for gout attacks.
- If you have lupus, this drug can make your lupus active or get worse. Tell your doctor right away if you get any new or worse signs.

## What are some side effects that I need to call my doctor about right away?

**WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:**

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of high blood sugar like confusion, feeling sleepy, more thirst, more hungry, passing urine more often, flushing, fast breathing, or breath that smells like fruit.
- Signs of fluid and electrolyte problems like mood changes, confusion, muscle pain or weakness, a heartbeat that does not feel normal, very bad dizziness or passing out, fast heartbeat, more thirst, seizures, feeling very tired or weak, not hungry, unable to pass urine or change in the amount of urine produced, dry mouth, dry eyes, or very bad upset stomach or throwing up.
- Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain.
- Swelling in the arms or legs.
- This drug can cause certain eye problems. If left untreated, this can lead to lasting eyesight loss. If eye problems happen, signs like change in eyesight or eye pain most often happen within hours to weeks of starting this drug. Call your doctor right away if you have these signs.
- Rarely, certain types of skin cancer have happened in people taking hydrochlorothiazide. Protect your skin from the sun, and have your skin checked as you have been told by your doctor. Call your doctor right away if you have a change in color or size of a mole, or any new or changing skin lump or growth.

## What are some other side effects of this drug?

**All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:**

- Dizziness.
- Nose or throat irritation.

**These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.**

**You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.**

## How is this drug best taken?

**Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.**

- Take with or without food.
- Take this drug at the same time of day.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
- This drug may cause you to pass urine more often. To keep from having sleep problems, try not to take too close to bedtime.
- Drink lots of noncaffeine liquids unless told to drink less liquid by your doctor.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

**This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine. The use of this information is governed by the Lexicomp End User License Agreement, available at https://www.wolterskluwer.com/en/solutions/lexicomp/about/eula.**

Issue Date: July 14, 2021
Database Edition 21.3.3.002
Copyright © 2021 Clinical Drug Information, LLC and Lexi-Comp, Inc.

END: Rx# 310662968

## Prescription Drug Guidelines for MARVIN MAY - Rx#: 310662970

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information.

### Carvedilol Tablets



**Pronunciation** (KAR ve dil ole)
**Brand Names: US**
| Coreg |

**Product Dispensed:** CARVEDILOL TAB 6.25MG
**Product Description:** ZC40 WHITE ROUND

### What is this drug used for?

- It is used to treat heart failure (weak heart).
- It is used to treat high blood pressure.
- It is used to help heart function after a heart attack.
- It may be given to you for other reasons. Talk with the doctor.

### What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have any of these health problems: Asthma, other lung or breathing problems that cause shortness of breath or wheezing, certain types of abnormal heartbeats called heart block or sick sinus syndrome, a slow heartbeat, or heart failure that is being treated with certain IV drugs.
- If you have liver disease.

**This is not a list of all drugs or health problems that interact with this drug.**

**Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.**

### What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- Check blood pressure and heart rate as the doctor has told you.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- This drug may hide the signs of low blood sugar. Talk with the doctor.
- If you have high blood sugar (diabetes), you will need to watch your blood sugar closely.
- Tell your doctor if you have signs of high or low blood sugar like breath that smells like fruit, dizziness, fast breathing, fast heartbeat, feeling confused, feeling sleepy, feeling weak, flushing, headache, more thirsty or hungry, passing urine more often, shaking, or sweating.
- Do not stop taking this drug all of a sudden. If you do, chest pain that is worse and in some cases heart attack may occur. The risk may be greater if you have certain types of heart disease. To avoid side effects, you will want to slowly stop this drug as ordered by your doctor. Call your doctor right away if you have new or worse chest pain or if other heart problems occur.
- This drug may make it harder to tell if you have signs of an overactive thyroid like fast heartbeat. If you have an overactive thyroid and stop taking this drug all of a sudden, it may get worse and could be life-threatening. Talk with your doctor.
- If you have had a very bad allergic reaction, talk with your doctor. You may have a chance of an even worse reaction if you come into contact with what caused your allergy. If you use epinephrine to treat very bad allergic reactions, talk with your doctor. Epinephrine may not work as well while you are taking this drug.
- If you are having cataract surgery or other eye procedure, talk with your doctor.
- If you wear contact lenses, you may have fewer tears or dry eyes. Call your doctor if this bothers you.
- If you are taking this drug and have high blood pressure, talk with your doctor before using OTC products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, non-steroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen, and some natural products or aids.
- If you are 65 or older, use this drug with care. You could have more side effects.
- Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

### What are some side effects that I need to call my doctor about right away?

**WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:**

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Very bad dizziness or passing out.
- Not able to pass urine or change in how much urine is passed.
- Chest pain that is new or worse.
- Slow heartbeat.
- A burning, numbness, or tingling feeling that is not normal.
- Feeling cold in the arms or legs.

- Change in eyesight.
- Call your doctor right away if you have shortness of breath, a big weight gain, a heartbeat that is not normal, or swelling in the arms or legs that is new or worse. Worsening of heart failure has happened with this drug.

## What are some other side effects of this drug?

**All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:**

- Feeling dizzy, tired, or weak.
- Headache.
- Diarrhea, upset stomach, or throwing up.
- Weight gain.
- Joint pain.

**These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.**

**You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.**

## How is this drug best taken?

**Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.**

- Take this drug with food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
- Take this drug at the same time of day.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

**This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine. The use of this information is governed by the Lexicomp End User License Agreement, available at https://www.wolterskluwer.com/en/solutions/lexicomp/about/eula.**

---

Issue Date: July 14, 2021
Database Edition 21.3.3.002
Copyright © 2021 Clinical Drug Information, LLC and Lexi-Comp, Inc.

**END: Rx# 310662970**

## Prescription Drug Guidelines for MARVIN MAY - Rx#: 310662972

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information.



### Diltiazem Long-Acting Capsules

**Pronunciation** (dil TYE a zem)
**Brand Names: US**
| Cardizem CD | Cartia XT | Dilt-XR | Diltia XT | Taztia XT | Tiazac |

**Product Dispensed:** CARTIA XT CAP 300MG/24HR
**Product Description:** 300 mg Andrx 600 ORANGE OBL

## What is this drug used for?

- It is used to treat high blood pressure.

- It is used to treat a type of long-term chest pain (stable angina) in some people.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have certain types of abnormal heartbeats. There are many types of abnormal heartbeats with which this drug must not be used. Ask your doctor or pharmacist if you are not sure.
- If you have any of these health problems: Fluid in the lungs, low blood pressure, or recent heart attack.
- If you are taking any of these drugs: Ivabradine or rifampin.

**This is not a list of all drugs or health problems that interact with this drug.**

**Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.**

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- Check blood pressure and heart rate as the doctor has told you.
- You may need to have an ECG checked before starting this drug and while taking it. Talk with your doctor.
- If you are taking this drug and have high blood pressure, talk with your doctor before using OTC products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, non-steroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen, and some natural products or aids.
- If you drink grapefruit juice or eat grapefruit often, talk with your doctor.
- You may need to avoid drinking alcohol with some products. Talk with your doctor or pharmacist to see if you need to avoid drinking alcohol with this drug.
- If you are 65 or older, use this drug with care. You could have more side effects.
- Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

## What are some side effects that I need to call my doctor about right away?

**WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:**

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes.
- Very bad dizziness or passing out.
- Slow heartbeat.
- An abnormal heartbeat that is new or worse.
- Heart failure has gotten worse in some people taking this drug. If you have heart failure, talk with your doctor. Call your doctor right away if you have shortness of breath, a big weight gain, or swelling in the arms or legs.
- A severe skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) may happen. It can cause severe health problems that may not go away, and sometimes death. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in your mouth, throat, nose, or eyes.

## What are some other side effects of this drug?

**All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:**

- Headache.
- Feeling dizzy, tired, or weak.

**These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.**

**You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.**

## How is this drug best taken?

**Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.**

- Take this drug at the same time of day.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
- Some drugs may need to be taken with food or on an empty stomach. For some drugs it does not matter. Check with your pharmacist about how to take this drug.
- Some products may be opened and sprinkled on a spoonful of applesauce. Some products must be swallowed whole. Check with your pharmacist to see if you can open this product.

## What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature protected from light. Store in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.

- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

**This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine. The use of this information is governed by the Lexicomp End User License Agreement, available at https://www.wolterskluwer.com/en/solutions/lexicomp/about/eula.**

---

Issue Date: July 14, 2021
Database Edition 21.3.3.002
Copyright © 2021 Clinical Drug Information, LLC and Lexi-Comp, Inc.

**END: Rx# 310662972**

# MEDICATION GUIDE
## Montelukast Sodium (MON-te-LOO-kast SO-dee-um) Tablets USP and Montelukast Sodium (MON-te-LOO-kast SO-dee-um) Chewable Tablets USP Montelukast Sodium (MON-te-LOO-kast SO-dee-um) Oral Granules USP

**What is the most important information I should know about montelukast sodium?**

**Serious mental health problems have happened in people taking montelukast sodium or even after treatment has stopped.** This can happen in people with or without a history of mental health problems. Stop taking montelukast sodium and tell your healthcare provider right away if you or your child have any unusual changes in behavior or thinking, including any of these symptoms:

- agitation, including aggressive behavior or hostility
- hallucination (seeing or hearing things that are not really there
- suicidal thoughts and actions (including suicide)
- attention problems
- memory problems
- tremor
- bad or vivid dreams
- obsessive -compulsive symptoms
- trouble sleeping
- depression
- restlessness
- uncontrolled muscle movements
- disorientation (confusion)
- sleep walking
- feeling anxious
- stuttering
- irritability

**What is Montelukast Sodium?**

Montelukast sodium is a prescription medicine that blocks substances in the body called leukotrienes. This may help to improve symptoms of asthma and inflammation of the lining of the nose (allergic rhinitis). Montelukast sodium does not contain a steroid.

Montelukast sodium is used to:

1. Prevent asthma attacks and for the long-term treatment of asthma in adults and children ages 12 months and older. **Do not take montelukast sodium if you need relief right away for a sudden asthma attack.** If you have an asthma attack, you should follow the instructions your healthcare provider gave you for treating asthma attacks.
2. Prevent exercise-induced asthma in people 6 years of age and older.
3. Help control the symptoms of allergic rhinitis such as sneezing, stuffy nose stuffy nose, runny nose and itching of the nose. Montelukast sodium is used to treat the following in people who have already taken other medicines that did not work well enough or in people who could not tolerate other medicines:
   - outdoor allergies that happen part of the year (seasonal allergic rhinitis) in adults and children ages 2 years and older, **and**
   - indoor allergies that happen all year (perennial allergic rhinitis) in adults and children ages 6 months and older.

**Do not take montelukast sodium if you are allergic to any of its ingredients.** See the end of this Medication Guide for a complete list of the ingredients in montelukast sodium.

**Before taking Montelukast Sodium, tell your healthcare provider about all your medical conditions, including if you you:**

- are allergic to aspirin.
- have phenylketonuria. Montelukast sodium chewable tablets contain aspartame, a source of phenylalanine.
- have or have had mental health problems.
- are pregnant or plan to become pregnant. Talk to your healthcare provider if you are pregnant or plan to become pregnant, as montelukast sodium may not be right for you.
- are breast feeding or plan to breast feed. It is not known if montelukast sodium passes into your breast milk. Talk to your healthcare provider about the best way to feed your baby while taking montelukast sodium.

Tell your healthcare provider about all the medicines you take, including prescription and over the counter medicines, vitamins, and herbal supplements. Some medicines may affect how montelukast sodium works, or montelukast sodium may affect how your other medicines work.

**How should I take Montelukast Sodium?**

For **anyone** who takes Montelukast Sodium:

- Read the detailed **Instructions for Use** that comes with montelukast sodium oral granules.
- Take montelukast sodium exactly as prescribed by your healthcare provider. Your healthcare provider will tell you how much montelukast sodium to take, and **when to take it.**
- Stop taking montelukast sodium and tell your healthcare provider right away if you or your child have any unusual changes in behavior or thinking.
- You can take montelukast sodium with food or without food. See the section **"How can I give montelukast sodium oral granules to my child?"** in the **Instructions for Use** for information about what foods and liquids can be taken with montelukast sodium oral granules.
- **If you or your child misses a dose of montelukast sodium, just take the next dose at your regular time.** Do not take 2 doses at the same time.
- If you take too much montelukast sodium tablets, call your healthcare provider right away.

**For adults and children 12 months of age and older with asthma:**

- Take montelukast sodium 1 time each day, in the evening. Continue to take montelukast sodium every day for as long as your healthcare provider prescribes it, even if you have no asthma symptoms.
- Tell your healthcare provider right away if your asthma symptoms get worse, or if you need to use your rescue inhaler medicine more often for asthma attacks.
- Always have your rescue inhaler medicine with you for asthma attacks.
- Continue to take your other asthma medicines as prescribed unless your healthcare provider tell you to change how you take these medicines.

**For people 6 years of age and older for the prevention of exercise-induced asthma:**

- Take montelukast sodium at least 2 hours before exercise.
- Always have your rescue inhaler medicine with you for asthma attacks.
- If you take montelukast sodium every day for chronic asthma or allergic rhinitis, do not take another dose to prevent exercise-induced asthma. Talk to your healthcare provider about your treatment for exercise-induced asthma.
- **Do not take 2 doses of montelukast sodium within 24 hours (1 day).**

**For anyone 2 years of age and older with seasonal allergic rhinitis, or for anyone 6 months of age and older with perennial allergic rhinitis:**

- Take montelukast sodium 1 time each day, at about the same time each day.

**What should I avoid while taking montelukast sodium?**

If you have asthma and aspirin makes your asthma symptoms worse, continue to avoid taking aspirin or other medicines called non-steroidal anti-inflammatory drugs (NSAIDs) while taking montelukast sodium.

**What are the possible side effects of montelukast sodium?**

**Montelukast sodium may cause serious side effects, including:**

- See **"What is the most important information I should know about montelukast sodium?"**
- **Increases in certain white blood cells (eosinophils) and possible inflamed blood vessels throughout the body (systemic vasculitis).** Rarely, this can happen in people with asthma who take montelukast sodium. This sometimes happens in people who also take steroid medicine by mouth that is being stopped or the dose is being lowered. **Tell your healthcare provider right away if you get one or more of these symptoms:**
  - a feeling of pins and needles or numbness of arms or legs
  - a flu-like illness
  - rash
  - severe inflammation (pain and swelling) of the sinuses (sinusitis)

**The most common side effects of montelukast sodium include:**

- upper respiratory infection
- fever
- headache
- sore throat
- cough
- stomach pain
- diarrhea
- earache or ear infection
- flu
- runny nose
- sinus infection

These are not all the possible side effects of montelukast sodium.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store montelukast sodium?**

- Store montelukast sodium at 20° to 25°C (68° to 77°F); excursions permitted to 15° to 30°C (59° to 86°F) [see USP Controlled Room Temperature].
- Keep montelukast sodium in the package it comes in.
- Keep montelukast sodium in a dry place and keep it away from light.
- **Keep montelukast sodium and all medicines out of the reach of children.**

**General Information about the safe and effective use of montelukast sodium.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use montelukast sodium for a condition for which it was not prescribed. Do not give montelukast sodium to other people even if they have the same symptoms you have. It may harm them.

You can ask your pharmacist or healthcare provider for information about montelukast sodium that is written for health professionals.

For more information, call Torrent Pharma Inc. at 1-800-912-9561.

**What are the ingredients in montelukast sodium?**

**Active ingredient:** Montelukast Sodium USP

**Inactive ingredients:**

- <u>4-mg oral granules</u>: mannitol, hydroxypropyl cellulose, Tribasic Sodium phosphate and magnesium stearate.
- <u>10-mg tablet</u>: croscarmellose sodium, ferric oxide red, ferric oxide yellow, hydroxypropyl cellulose, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose and titanium dioxide.
- <u>4-mg and 5-mg chewable tablets</u>: aspartame, cellulose microcrystalline, cherry flavor, croscarmellose sodium, ferric oxide red, magnesium stearate, mannitol.

People with Phenylketonuria: Montelukast sodium 4-mg chewable tablets contain 0.168 mg of phenylalanine, and montelukast sodium 5-mg chewable tablets contain 0.210 mg of phenylalanine.

torrent PHARMA

**Manufactured by:**
TORRENT PHARMACEUTICALS LTD., INDIA.
**Manufactured for:**
TORRENT PHARMA INC.
Basking Ridge, NJ 07920.

8078747 Revised May 2020

445707985-1_06

445707985-1/8