BOARD OF MEDICOLEGAL INVESTIGATIONS

# OFFICE OF THE CHIEF MEDICAL EXAMINER

Central Office
921 N.E. 23rd St
Oklahoma City, OK 73105
(405) 239-7141 Phone - (405) 239-2430 Fax

Eastern Division
1115 West 17th Street
Tulsa, Oklahoma 74107
(918) 295-3400 Phone - (918) 585-1549 Fax

OFFICE USE ONLY
Re ________ Co ________
I hereby certify that this is a true and correct copy of the original document. Valid only when copy bears imprint of the office seal.
By [signature]
Date 01/09/25

## REPORT OF INVESTIGATION BY MEDICAL EXAMINER

| DECEDENT First-Middle-Last Names (Please avoid use of initials) | Age | Birth Date | Race | Sex |
|---|---|---|---|---|
| MARVIN MAY | 74 | [redacted] | WHITE | M |

HOME ADDRESS - No. - Street, City, State
[redacted]

| EXAMINER NOTIFIED BY - NAME - TITLE (AGENCY, INSTITUTION, OR ADDRESS) | DATE | TIME |
|---|---|---|
| CHRIS MOORE, RN @ ALLIANCE HEALTH CLINTON | 3/18/2022 | 10:50 |

| | CITY | COUNTY | TYPE OF PREMISES | DATE | TIME |
|---|---|---|---|---|---|
| INJURED OR BECAME ILL AT (ADDRESS): CUSTER COUNTY JAIL | ARAPAHO | CUSTER | JAIL | 3/18/2022 | 6:00 |
| LOCATION OF DEATH: ALLIANCE HEALTH CLINTON | CLINTON | CUSTER | HOSPITAL ER | 3/18/2022 | 10:36 |
| BODY VIEWED BY MEDICAL EXAMINER: 921 NE 23RD | OKLAHOMA CITY | OKLAHOMA | AUTOPSY LAB | 3/19/2022 | 13:00 |

TRANSPORTATION INJURY ☐ DRIVER ☐ PASSENGER ☐ PEDESTRIAN

TYPE OF VEHICLE: ☐ AUTOMOBILE ☐ LIGHT TRUCK ☐ HEAVY TRUCK ☐ BICYCLE ☐ MOTORCYCLE ☐ OTHER: ________

**DESCRIPTION OF BODY**

| EXTERNAL PHYSICAL EXAMINATION | RIGOR | | LIVOR | EXTERNAL OBSERVATION | | | NOSE | MOUTH | EARS |
|---|---|---|---|---|---|---|---|---|---|
| Jaw ☑ | Complete ☐ | | Color PURPLE | Beard GRAY | Hair GRAY | BLOOD | ☐ | ☐ | ☐ |
| Neck ☑ | Absent ☐ | | Lateral ☐ | Eyes: Color BROWN | Mustache GRAY | OTHER | ☐ | ☐ | ☐ |
| Arms ☑ | Passing ☑ | | Posterior ☑ | Opacities ARCUS SENILIS | | | | | |
| Legs ☑ | Passed ☐ | | Anterior ☐ | Pupils: R ____ | L ____ | | | | |
| | Decomposed ☐ | | Regional ____ | Body Length 69 IN | Body Weight 224 LBS. | | | | |

Significant observations and injury documentations - (Please use space below)
OBESITY (BMI 33 KILOGRAMS PER METER SQUARED)
SUPERFICIAL ULCERATIONS OF POSTERIOR LEFT SHOULDER AND LEFT LOWER BACK
URINARY CATHETER CONTAINER WITH DARK YELLOW-BROWN URINE
MULTIPLE BILATERAL RIB FRACTURES AND CONCAVITY AND ECCHYMOSIS OF MEDIAL CHEST, CONSISTENT WITH CARDIOPULMONARY RESUSCITATIVE EFFORTS
HYPERPIGMENTED AND GLABROUS LEGS
COMPUTED TOMOGRAPHY (CT) IMAGING AND RADIOGRAPHIC IMAGING SHOW EXTENSIVE CORONARY ARTERY AND AORTIC CALCIFICATIONS, SURGICAL STAPLES IN PELVIS, AND BILATERAL PULMONARY INFILTRATES
NASOPHARYNGEAL SWAB FOR SARS-CoV-2 POSITIVE
TOXICOLOGY NEGATIVE
NO FATAL TRAUMA

*Probable Cause of Death:*
CORONAVIRUS DISEASE 2019 (COVID-19) PNEUMONIA SEQUELAE
Due To: SEVERE ACUTE RESPIRATORY SYNDROME CORONAVIRUS 2 (SARS-CoV-2)

*Manner of Death:*
Natural ☑ Accident ☐
Suicide ☐ Homicide ☐
Unknown ☐ Pending ☐
Not Assigned ☐

*Case disposition:*
Autopsy NO
Authorized by EDANA STROBERG D.O.
Pathologist EDANA STROBERG D.O.
Not a medical examiner case ☐

*Other significant conditions contributing to death (but not resulting in the underlying cause given)*
HYPERTENSIVE AND ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES MELLITUS; OBESITY

**MEDICAL EXAMINER:**
Name, and Address:
EDANA STROBERG D.O.
921 N.E. 23rd ST
OKLAHOMA CITY, OK 73105

I hereby state that, after receiving notice of the death described herein, I conducted an investigation as to the cause and manner of death, as required by law, and that the facts contained herein regarding such death are true and correct to the best of my knowledge.

[signature] EDANA STROBERG D.O.
Signature of Medical Examiner
Computer generated report

3/18/2022
Date Case Initiated

5/11/2022
Date Case Finalize

CME-1 (REV 7-10)

DEFENDANT'S EXHIBIT 10 5:24-cv-00119-JD

**SCENE INFORMATION** DECEDENT: MARVIN MAY Case No.: 2201885

| | | | |
|---|---|---|---|
| **SCENE INVESTIGATION:** Yes ☐ No ☑ | **BODY IDENTIFIED BY:** | | |
| **ARRIVAL** DATE: TIME: | **LOCATION OF BODY:** | **CONDITION OF SCENE:** | **PHOTOS TAKEN BY:** |

**POSITION OF BODY** (Note the type of surface the body is on, covering, etc..)

| | |
|---|---|
| **CLOTHING** (list items) | **PERSONAL EFFECTS** |

| | | |
|---|---|---|
| **ENVIRONMENTAL CONDITIONS:** (Temp, Shade, Sunlight, Water, Etc., | **BODY TEMP / SITE TAKEN** / | **ROOM TEMP** |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RIGOR** | **JAW** | ☐ | **NECK** | ☐ | **ARMS** | ☐ | **LEGS** | ☐ | **ABDOMEN** | ☐ | **COMPLETE** | ☐ |
| | **ABSENT** | ☐ | **RIGID** | ☐ | **SOFT** | ☐ | **PASSING** | ☐ | **PASSED** | ☐ | **DECOMP** | ☐ |

**LIVOR COLOR:** ______________ **FIXED** ☐ **NOT FIXED** ☐ **LATERAL** ☐ **ANTERIOR** ☐ **POSTERIOR** ☐

**PHYSICIAN:** COUNTY JAIL - CONTRACT **LAST SEEN:** RECENTLY B **DR. CONTACTED:** YES **BY WHOM:** ER STAFF

**MED HX:** HYPERTENSION; DIABETES MELLITUS

**MEDICATIONS:** UNKNOWN

**TYPE OF DEATH:** *(Check all that apply)*

- ☑ While in penal incarceration
- ☐ After unexplained coma
- ☐ During therapeutic procedure
- ☐ Death possible threat to public health
- ☐ Unattended during fatal illness
- ☐ Under suspicious circumstances*
- ☐ Violent, unusual or unnatural*

*Means:

**Informant(s)** DR. VIC FEY - ALLIANCE HEALTH CLINTON ER 580-323-8310

Narrative:

DECEDENT IS A 76 Y/O MALE WHO WAS FOUND UNRESPONSIVE ON THE FLOOR OF HIS CELL. DECEDENT PRESENTED TO THE ER VIA EMS. DECEDENT HAD A RECTAL TEMP OF 89 DEGREES. DECEDENT HAS NOT BEEN EATING FOR THE PAST 3 WEEKS. HE HAD ONLY BEEN DRINKING WATER. NO HISTORY OF COVID SYMPTOMS. NO HISTORY OF DRUGS OR ALCOHOL. DECEDENT HAD BEEN INCARCERATED FOR NOT FEEDING HIS ANIMALS. NO OBVIOUS TRAUMA. DECEDENT HAD AGONAL BREATHING ON ARRIVAL AND ER STAFF WAS PREPPING HIM FOR TRANSFER TO OU MEDICAL CENTER WHEN HE CODED. HE CODED A TOTAL OF AT LEAST 4 TIMES. BODY TO OCME PER ALPHA AND OMEGA. DECEDENT REMOVED FORM THE ER BY KIESAU LEE FUNERAL HOME.

NEXT OF KIN: DAUGHTER - LISA (UNKNOWN LAST NAME) [redacted] ER DOCTOR DID SPEAK WITH HER ABOUT HIS DEATH)

FUNERAL HOME: PENDING

This report may contain opinions of the investigator that do not necessarily reflect the opinions of the Office of the Chief Medical Examiner.

Investigator: KATHY VALENTINE
Signature of Investigator

OFFICE USE ONLY
Re. _____ Co. _____
I hereby certify that this is a true and correct copy of the original document. Valid only when copy bear im-print by the office seal.
By EJmlloff
Date 07/09/25

**BOARD OF MEDICOLEGAL INVESTIGATIONS**

**OFFICE OF THE CHIEF MEDICAL EXAMINER**

921 N.E. 23rd St
Oklahoma City, OK 73105

# REPORT OF LABORATORY ANALYSIS

ME CASE NUMBER: 2201885

DECEDENT'S NAME: MARVIN MAY

MATERIAL SUBMITTED: BLOOD, VITREOUS, URINE, HOSPITAL SPECIMENS X 3

SUBMITTED BY: SHAWN NICHOLS

LABORATORY NUMBER: 221496

DATE RECEIVED: 3/22/2022

HOLD STATUS: 60 DAYS

MEDICAL EXAMINER: EDANA STROBERG D.O.

---

**NOTES:**

**ETHYL ALCOHOL:**

Blood: Not Performed

Vitreous:

Other:

**CARBON MONOXIDE**

Blood:

**TESTS PERFORMED:**

EIA - (Hospital Serum A) - Amphetamine, Methamphetamine, Fentanyl, Cocaine, Opiates, PCP, Barbiturates, Benzodiazepines
(The EIA panel does not detect Oxycodone, Methadone, or Clonazepam)

**RESULTS:**

NONE DETECTED

ES

Jesse M. Kemp PhD

04/27/2022
DATE

JESSE KEMP, Ph.D., D-ABFT-FT, Chief Forensic Toxicologist

# Office of Chief Medical Examiner
# Toxicology Laboratory

ME Case #: 2201885

TOX Case #:

## REQUEST FOR ANALYSIS

| NAME | BIRTHDATE | AGE | SEX | RACE | WEIGHT |
|---|---|---|---|---|---|
| MARVIN MAY | [redacted] | 74 | M | WHITE | 224 LBS. |

### SUMMARY OF INDICATIONS FOR TOXICOLOGICAL EXAMINATION

**ANTEMORTEM SIGNS AND SYMPTOMS AND TOXICOLOGICAL INDICATION**

DECEDENT IS A 76 Y/O MALE WHO WAS FOUND UNRESPONSIVE ON THE FLOOR OF HIS CELL. DECEDENT PRESENTED TO THE ER VIA EMS. DECEDENT HAD A RECTAL TEMP OF 89 DEGREES. DECEDENT HAS NOT BEEN EATING FOR THE PAST 3 WEEKS. HE HAD ONLY BEEN DRINKING WATER. NO HISTORY OF COVID SYMPTOMS. NO HISTORY OF DRUGS OR ALCOHOL. DECEDENT HAD BEEN INCARCERATED FOR NOT FEEDING HIS ANIMALS. NO OBVIOUS TRAUMA. DECEDENT HAD AGONAL BREATHING ON ARRIVAL AND ER STAFF WAS PREPPING HIM FOR TRANSFER TO OU MEDICAL CENTER WHEN HE CODED. HE CODED A TOTAL OF AT LEAST 4 TIMES. BODY TO OCME PER ALPHA AND OMEGA. DECEDENT REMOVED FORM THE ER BY KIESAU LEE FUNERAL HOME.

NEXT OF KIN: DAUGHTER - LISA (UNKNOWN LAST NAME) [redacted] ( ER DOCTOR DID SPEAK WITH HER ABOUT HIS DEATH)

FUNERAL HOME: PENDING

**DRUG(s) TREATMENT AND/OR CHEMICAL(s) EXPOSURE:**

UNKNOWN

**POSTMORTEM FINDINGS:**

**TOXICOLOGIC ANALYSIS DESIRED**

NO GROSS ANATOMICAL CAUSE OF DEATH ☐

| | | | | | |
|---|---|---|---|---|---|
| COMPLETE TOX | ☐ | IMMUNOASSAY SCREEN | ☑ | OTHER (specify analyte): | ☐ |
| CARBON MONOXIDE | ☐ | VOLATILES | ☐ | | |
| SUDI SCREENS | ☐ | ETHYL ALCOHOL | ☑ | | |
| HEP/HIV | ☐ | | | | |

**SPECIMENS SUBMITTED FOR ANALYSIS**

BLOOD Heart ☑ Femoral ☑ Subclavian ☐ Cavity ☐

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VITREOUS | ☑ | BRAIN | ☐ | DNA CARD | ☑ | COVID SWAB | ☑ |
| URINE | ☑ | GASTRIC | ☐ | OTHER | FEM & VIT x 2 EACH | | |
| LIVER | ☐ | PHYSICAL EVIDENCE | ☐ | | | | |
| KIDNEY | ☐ | HOSPITAL SPECIMENS | ☑ | | | | |

HOLD STATUS (check one)
- 60 Days ☑
- 1 year ☐
- 5 years ☐

(submit hold specimens)

MEDICAL EXAMINER: STROBERG, EDANA D.O. PATHOLOGIST ASSISTANT: NICHOLS, SHAWN DATE: 3/19/2022

COUNTY: CUSTER INVESTIGATING AGENCY: OCME INVESTIGATOR: KATHY VALENTINE

 Form ver: 13.0002

2022/03/22 14:00:38 2 /2

OKLAHOMA State Department of Health

# Oklahoma State Department of Health
## Public Health Laboratory

4615 W. Lakeview Rd Stillwater, OK 74075
Phone: 405-564-7750 Fax: 405-900-7611
http://phl.health.ok.gov

Director:Jarrad R Wagner, Ph.D
CLIA: 37D0656594

**Report #:** 943986

**Patient:** Marvin May
[redacted]
Calumet, OK, 73014
Canadian (Oklahoma)
000-000-0000

TDX# 22-1496 MEA

**Provider:** Dr. Edana Stroberg, DO
Office of Chief Medical Examiner - OKC
921 Northeast 23rd Street
Oklahoma City, OK 73105

**Patient ID:** 2201885
**Date of Birth:** [redacted]
**Gender:** Male

| | | | | | |
|---|---|---|---|---|---|
| **Sample #:** | 22Y0012050 (990153) | **Date Collected:** | 03/19/2022 | **Date Received:** | 03/22/2022 |
| **Source:** | Swab, Nasopharyngeal | **Time Collected:** | 4:30 PM | **Date Reported:** | 03/22/2022 |
| **Specimen Comment:** | | | | | |

| **Test Name** | **Result** | **Date Approved** |
|---|---|---|
| TaqPath COVID-19 rRT-PCR Assay | **SARS-CoV-2 Detected** | 03/22/2022 |

Comments: A positive test indicates the presence of SARS-CoV-2, the virus that causes Coronavirus Disease 2019 (COVID-19). Fact Sheets for Healthcare Providers and Patients are available at the FDA website: <https://www.fda.gov/media/136599/download> and <https://www.fda.gov/media/136600/download>.

**Methodology:** RNA extracted from the patient's respiratory specimen was analyzed for the presence of SARS-CoV-2 ( formerly known as 2019-nCoV) by using the ThermoFisher TaqPath™ COVID-19 Combo Kit.
**Limitations:** Results of this assay are for use in the identification of SARS-CoV-2 in respiratory specimens from individuals suspected of COVID-19 by their healthcare provider. False positive and false negative results are possible. The possibility of a false negative result especially should be considered if the patient's recent exposures or clinical presentation suggest that SARS-CoV-2 infection is possible, and diagnostic tests for other causes of illness (e.g., other respiratory illness) are negative. Results of this test should not be used as the sole basis for diagnosis, treatment, or other patient management decisions.
**Disclaimer:** This test is performed in compliance with a US Food and Drug Administration (FDA) Emergency Use Authorization (EUA).

ES

**Final**