

9-5-21

PLAINTIFF'S EXHIBIT
9



9-18-21



9-5-21



8 12-21



10-15-21



