Sent By: FOSTER,BRYCE
Sent Date: 02/02/2022 @ 11:54

To Addresses: Jwoodccso@gmail.com, Atorres@custercountysheriff.com, mstanford@custercountysheriff.com
CC Addresses:

Subject: Medical Request from BRYCE TYLER FOSTER (00000386...
Email Type: Inmate Request - Medical

CONFIDENTIAL

# Sick Call Request Form

*For sheriff's office use only*

## Inmate

- **Name**: BRYCE TYLER FOSTER
- **PIN**: 38647
- **DOB**: 19971230
- **Cell/Location**: *DORM 1
- **Date**: 2/2/2022

Reason for request:

this old man marvin may hasnt eaten in 9 days or showerd he needs real medical attention asap

1. Inmates accessing health or pharmaceutical services will be charged in accordance with state statutes.
2. Inmates will not be denied medical care due to the inability to pay or due to insufficient funds in their inmate account.
3. Fees for medical services will be deducted directly from an inmate's account. If there are insufficient funds in the account, the fees will be debited and the account will show a negative balance. Any money deposited into an account with a negative balance will be used to satisfy the debt with the facility prior to being available for commissary services.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or Entity to whom they are addressed. If you have received this email in error please notify Prodigy Solutions Inc.

Reply message goes here

Close Request
Send Reply

PLAINTIFF'S EXHIBIT 33

User: ANGIE SCHMIDT (02/02/2022 @ 12:55)
WE'RE GOING TO MOVE HIM TO BOOKING TIL THE NURSE COMES TOMORROW SO WE CAN WATCH HIM

CONFIDENTIAL