IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

(1) CHARLA WHITE, f/k/a )
LONG, as the Special )
Administratix of the )
State of PERISH NI-COLE)
WHITE, )
Plaintiff, )
) Case No.
vs. ) 22-cv-139-CVE-SH
)
(1) BRET BOWLING, in his)
official capacity as )
Creek County Sheriff, )
et al, )
Defendants. )

VIDEO DEPOSITION OF
WILLIAM COOPER, D.O.

DATE: MARCH 29, 2024

REPORTER: MARISA SPALDING, CSR, RPR

Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
spaldingreportingservice@cox.net
(918) 284-2017



PLAINTIFF'S EXHIBIT
42

A Yes.
Q What do you understand adverse outcome to be?
A To be something that happens bad with -- with your patient.
Q Okay. How about preventable deaths? Does Turn Key track preventable deaths?
A No.
Q Why not?
A I don't know.
Q Don't you think they should?
A Probably be a good idea.
Q Why do you think it would be a good idea? I mean, I've done this for 20 years, okay, against a lot of national companies.
A Okay.
Q And I've never understood why Turn Key does -- is the only company that I've ever dealt with that doesn't track preventable deaths.
A Yeah.
Q And I just didn't know if you knew why?
A I don't know why.
Q Okay. Why do you think it's -- it's

a good practice that something that Turn Key should do from a physician's standpoint?

A Yeah. Yeah, you're -- you're always looking for ways to be -- improve, you know. So if it was something that was preventable that wasn't prevented, then you'd certainly want to know that and track it.

Q And wouldn't you also want to know if it was a systemic problem versus just someone made a mistake?

A Sure.

Q Okay. And doing a review of preventable deaths can help you understand that, agreed?

A That makes sense.

Q If it's a system failure versus, hey, this was just we had a new employee that didn't understand what they were doing and made a mistake, right?

A Right.

Q Those are the types of things you can ascertain. Have you ever told anyone at Turn Key that you feel like, as the CMO, you really -- the company needs to be doing reviews of preventable deaths and

understanding if it's systemic problems that are generating those preventable deaths?

A Well, I mean, our company is not so large that we wouldn't know it already if it was a systemic problem.

Q But if you're not doing the review for that purpose, right, which you're not --

A Well, not -- not for that purpose, but what we're looking at is the whole -- the whole care there. So if that were a systemic problem in a company our size, we would be aware of it.

Q Okay. Well, a company of your size that's grown from 50 to 500 employees in the last five years?

A Yes.

Q And your company is still not doing any types of reviews of in-custody deaths that were potentially preventable?

A Well, we review them all.

Q But do you review them for the purposes of making a determination as to whether or not it was a preventable death?

A That would be determined during the review, yes.

Q Okay. And how is --
A But I don't keep a log of them.
Q You don't keep a log of them?
A No.
Q Okay. And so --
A I mean, I don't label -- label anything a preventable death and keep it in this log.
Q Well, I know you told me that?
A Yeah.
Q Of the deaths that you found to be preventable, okay, how do you document that?
A I don't.
Q Why?
A I don't have to. It's not required.
Q Okay. But you thought it would be a good idea to?
A I keep a log, yeah.
Q Nothing is preventing you from keeping a lot of preventable deaths, right?
A Correct.
Q Okay. So if you're the CMO, nothing prevents you from keeping it, you think it's a good idea to keep it, why don't you keep one?

A I have never thought of it.
Q You've never thought of it?
A No.
Q Are you going to start keeping a log of preventable deaths after we leave here today?
A I don't know.
Q If you think it's a good idea and it's something that you can do and you have the power to do it and the information to do it, why would you not want to do it?
A I would want to think it over.
Q And what would you want to -- to think about? Why would you need to think it over if you already know it's a good idea?
A Because I'm just the kind of guy that likes to think things over.
Q And what -- what types of things would you want to think over about it?
A Whether it was going to put me at a higher liability risk or not.
Q Okay. Is that the sole motivating factor that you would look at despite that maybe it's better for inmate care?
A No.

Q How would you balance your exposure to liability versus the need to provide adequate constitutionally sound medical care to inmates?

A The -- the care is more important, but I'm not sure that it would really improve it because, like I said, we may not keep a log but that don't know we don't know what's systemic and what's not.

Q Well, that's what I'm trying to understand how -- how do you know which deaths have occurred in your facilities that are a result of systemic failure, as we sit here today? I mean, you're telling me you remember everyone that's died in your facilities over the --

A No, but when I review them, I mean, if I saw the same problem over and over again, then I would recognize it.

Q But we've got to take your word for it?

A I guess.

Q Because you make no written record of it?

A True.

Q You keep no log of it?
A True.
Q Okay. You have no written record where you've educated your staff on what they did wrong?
A True.
Q You've got no record -- record on what the systemic issue was?
A True.
Q You just keep it up --
A I haven't --
Q -- in your head?
A I honestly haven't recognized a systemic problem.
Q Well, I know, but we're going to get into that --
A Okay.
Q -- and how you go about that process and why that is the fact that you've not recognized any kind of systemic problem. Have you recognized preventable deaths at Turn Key?
A Yes.
Q Okay. How many?
A Three.

Q Who?
A I don't remember.
Q Maybe that's the reason why you should keep a log, right?
A Could be.
Q Okay. Is it your concern if you kept the log that it could be used against you for liability purposes?
A People worry about that kind of thing, yes.
Q I would imagine they do.
A Yeah.
Q Does your worry of your own liability or the company's liability, is that what motivates you to not keep a written record of the preventable deaths?
A No. Like I said, I hadn't even thought of it.
Q What three deaths do you believe to be preventable that you've reviewed?
A I don't remember them off the top of my head.
Q Tell me about the circumstances of the three deaths that you believe to be preventable.

A I don't remember them.
Q You don't remember anything about them?
A No.
Q You'd agree with me if you'd kept the written record of it, you'd be able to refresh your memory about what happened?
A True.
Q And that if you kept a written record of it and you had found a preventable death to be the result of a systemic failure, you'd also be able to remember that as well?
A Yes.
Q Okay. But by not putting any of it in writing, you have the benefit of, you know, kind of conveniently not having a memory of it, right?
MR. ROWLAND: Object to the form of the question.
Q (By Mr. Smolen) Have you ever heard the term convenient amnesia?
A No.
Q Do you know what that is?
A No.

about the three you've admitted to being preventable as we sit here today?

A True.

Q So what benefit is that to the other inmates that might receive better care as a result of changes that you make?

A Well, if I was going to make a change, I would have made it right then.

Q Well, did you?

A I don't remember if I did or not. I don't remember anything specifically that needed fixing.

Q Okay. Well, you don't remember why it was a preventable death, just that it was, correct?

A Yes.

Q You don't remember who was involved in the care that led to the preventable death, right?

A Right.

Q You don't recall anything ever being changed about the fact that you found it to be a preventable death, correct?

A Education. We -- I know we have educated people on things before.

clinical review of the death?
A Yes, on our part. We won't be able to get the hospital records, but we'll look at our part.
Q Okay. Looking at your policies and procedures, I want you to turn to Page 74, if you would, please. It's TKHC 74. Looking at Page 74 and 75, do you recognize that to be Turn Key's policy with respect to inmate death notification?
A Yes.
Q Okay. Your policy is silent about memorializing death notifications in writing, correct?
A Yes.
Q Did you intentionally leave it that way?
A I don't believe it was intentional.
Q Okay.
A I don't remember it being intentional.
Q Why would you not want to have it in writing?
A It's not required.
Q Okay. Required by whom?

A By the law.
Q Well, what do you mean it's not required by law?
A It's just not.
Q Well, who told you that?
A I don't remember.
Q How did you come to that understanding?
A Somebody told me that, but I don't remember who it was.
Q Okay. And as we sit here today, can you tell me any foundation for your belief that the law doesn't require inmate death reviews and notifications to be in writing?
A Apparently, I trusted who told me that.
Q Have you taken any independent steps to ascertain if that's true information?
A No.
Q You created this policy?
A Yes.
Q And can you tell the jury why it is that you left out any requirement to put this review in writing?
A Because it's not required.