**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LISA M. HICE, as Co-Administrator of the Estate of Marvin G. May, Deceased, and LEANN D. HOFF, as Co-Administrator of the Estate of Marvin G. May, Deceased, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. CIV-24-119-JD |
| TURN KEY HEALTH CLINICS, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT REGARDING
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

COME NOW Plaintiffs Lisa M. Hice and LeAnn D. Hoff ("Plaintiffs"), as Co-Administrators of the Estate of Marvin G. May, deceased; Defendants Turn Key Health Clinics, LLC, Tamara Carey, APRN and Stacia Unruh, LPN (hereinafter, "Turn Key Defendants"); and Defendants Sheriff of Custer County, in his official capacity, and Julie Warnke (hereinafter, "County Defendants") (all Plaintiffs and Defendants hereinafter collectively referred to as "Parties"), and, pursuant to this Court's August 25, 2026 Order (Dkt. #201), respectfully submit their Joint Status Report Regarding Alternative Dispute Resolution ("ADR"), as follows:

1. On August 25, 2026, the Court entered two Orders, one addressing the five Reports and Recommendations of United States Magistrate Judge Suzanne

Mitchell regarding Defendants' Motions for Summary Judgment (Dkt. #200), and the other concerning ADR (Dkt. #201).

2. Under the first Order, this Court accepted Magistrate Judge's Reports and Recommendations in part, while rejecting other parts of Dkt. #187, and re-referring certain aspects of Turn Key's and the Sheriff's Motions for Summary Judgment for additional analysis. *See* Dkt. #200.

3. As part of the Order concerning ADR, the Court stated its intent to "refer the parties to another alternative dispute resolution procedure given the case's posture" and directed the Parties to "confer through counsel and advise the Court in a joint status report filed by September 15, 2026, regarding their preferred timing for ADR, if the parties prefer private mediation or a second judicial settlement conference, and whether the possibility of settlement before trial is good, fair, or poor." Dkt. #201.

4. The Parties have conferred through counsel in compliance with the Order concerning ADR.

5. As to the preferred timing of ADR, the Parties agree that it should occur as soon as practicable, subject to the availability of the Parties, counsel and the mediator/settlement judge.

6. Plaintiffs and the Turn Key Defendants agree that private mediation is preferable at this point. The County Defendants prefer a second judicial settlement conference, and would request that the Court order the parties to a second judicial

settlement conference. However, because the other Parties prefer private mediation, the County Defendants do not necessarily object, and will attend if ordered.

7. If the Court orders the parties to private mediation, the Parties agree that Charles Weddle is an acceptable mediator. Counsel for Plaintiffs has reserved November 3, 2026, as the date for a mediation under the auspices of Mr. Weddle. November 3 was the first available date on Mr. Weddle's calendar.

8. The Parties agree that the possibility of settlement before trial is fair.

9. In the event the Court orders the Parties to attend a second judicial settlement conference, counsel for Plaintiffs advises the Court that Plaintiffs will be unavailable from October 12 through October 25, 2026.

Respectfully submitted by:

/s/Robert M. Blakemore
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

***Attorneys for Plaintiffs***

/s/Anthony C. Winter
Sean P. Snider, OBA# 22307
Anthony C. Winter, OBA# 32148
Vanessa O. Martínez, OBA# 34165
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: 405.232.6100
Facsimile: 405.232.6105
ssnider@johnsonhanan.com
awinter@johnsonhanan.com
vmartinez@johnsonhanan.com

***Attorneys for Defendants Turn Key Health Clinics, LLC; Tamara Carey, APRN; and Stacia Unruh, LPN***

/s/ Jordan Miller
Jordan L. Miller, OBA No. 30892

COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: jlm@czwlaw.com

***Attorneys for Defendants Sheriff of Custer County, in his official capacity, and Julie Warnke***